# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED
Oct 17  4 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEIGH BOLICK

vs.

ALEA GROUP HOLDINGS LTD.,
ET AL.

CIVIL NO. 3:03CV165 (PCD)

## CLARIFICATION ORDER

In view of the confusion concerning the discovery deadlines set in Doc. No. 44, filed October 1, 2003, and the Endorsement Order pertaining to Doc. 43, also filed October 1, 2003, it is hereby ordered that the deadlines set in Doc. No. 44, a copy of which is attached, stand as dispositive of all requests for extension of discovery deadlines.

SO ORDERED. Dated at New Haven, Connecticut this 17th day of October, 2003.

Peter
United

e