UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEIGH BOLICK,
    Plaintiff

vs.

ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY,
JOHN J. BENNETT, AND
ROBERT D. BYLER,
    Defendants

CIVIL ACTION NO.
3:03CV165(PCD)

October 22, 2003

## MOTION FOR RECONSIDERATION RE: CLARIFICATION ORDER

Plaintiff, Leigh Bolick, hereby moves for reconsideration of the Court's Clarification Order dated October 17, 2003 in order to clarify that the deadline for conducting fact discovery is December 31, 2003.

The undersigned received the Clarification Order on October 22, 2003 and there were no documents (#s 43 and 44) attached as indicated in the Order. Counsel then telephoned the Court and was advised by the law clerk that the "typewritten order, not the endorsement order" is the dispositive order for all deadlines. Because plaintiff's motion for enlargement of time to conduct fact discovery until December 31, 2003 dated September 25, 2003, was granted by the court on October 1, 2003 (the endorsement order), and because that motion was directed to the deadlines set forth in the typewritten order, which deadlines had been conveyed to all parties in a status conference on September 5, 2003 before PJO Schancupp (see plaintiff's motion for

enlargement of time referencing these deadlines), plaintiff seeks clarification that the deadline with respect to conducting fact discovery is in fact December 31, 2003.

THE PLAINTIFF, LEIGH BOLICK

*Barbara E. Gardner*

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this $^{22nd}$ day of October, 2003, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Saundra Yaklin, Esq.
ReedSmith LLP
559 Lexington Ave., 29th FL.
New York, NY 10022

Barbara E. Gardner