48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 10 PM '03
U.S. DISTRICT COURT

| | |
|---|---|
| LEIGH BOLICK,<br>Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>Defendants | October 22, 2003 |

## MOTION FOR RECONSIDERATION RE: CLARIFICATION ORDER

Plaintiff, Leigh Bolick, hereby moves for reconsideration of the Court's Clarification Order dated October 17, 2003 in order to clarify that the deadline for conducting fact discovery is December 31, 2003.

The undersigned received the Clarification Order on October 22, 2003 and there were no documents (#s 43 and 44) attached as indicated in the Order. Counsel then telephoned the Court and was advised by the law clerk that the "typewritten order, not the endorsement order" is the dispositive order for all deadlines. Because plaintiff's motion for enlargement of time to conduct fact discovery until December 31, 2003 dated September 25, 2003, was granted by the court on October 1, 2003 (the endorsement order), and because that motion was directed to the deadlines set forth in the typewritten order, which deadlines had been conveyed to all parties in a status conference on September 5, 2003 before PJO Schancupp (see plaintiff's motion for

*[Handwritten marginalia: October 27, 2003. Reconsideration is denied but to clarify the status for want of good cause the life for completion of fact discovery will be October 31, 2003.]*