03 165 MOTEXTT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
OCT 29  2 57 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEIGH BOLICK,                          :    CIVIL ACTION NO.
                    Plaintiff         :    3:03CV165(PCD)
                                       :
vs.                                    :
                                       :
ALEA GROUP HOLDINGS, LTD.,             :
ALEA NORTH AMERICA COMPANY,            :
JOHN J. BENNETT, AND                   :
ROBERT D. BYLER,                       :
                    Defendants        :    October 27, 2003

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**
**TO CONDUCT DISCOVERY**

Plaintiff, Leigh Bolick, hereby moves, pursuant to Local Rule 7(b)1 for an

enlargement of time to conduct discovery until December 31, 2003.

This case was filed in January, 2003. On September 25, 2003, the undersigned

filed a Motion for Enlargement of Time to Conduct Discovery until December 31, 2003.

Specifically, plaintiff was requesting more time to conduct fact discovery. On October 1,

2003, the Court granted that Motion, which Order stated:

*Plaintiff's motion to extend discovery to 12/31/03 is granted. Plaintiff will disclose*

*experts and produce expert reports by 10/31/03. Defendants' experts and their*

*reports will be disclosed and produced by 12/19/03. Any dispositive motions will*

*be filed compliant with the supplemental order by January 16, 2003.*

On that same date, the court approved the Order setting forth deadlines discussed at

the status conference that had occurred with PJO Schancupp on September 5, 2003. It