## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>      Plaintiff | :  CIVIL ACTION NO.<br>:  3:03CV165(PCD)<br>: |
| vs. | :<br>: |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>      Defendants | :<br>:<br>:<br>:<br>:  October 31, 2003 |

### CERTIFICATION OF FILING OF MOTIONS TO COMPEL

Pursuant to the Court's Supplemental Order regarding Motion Filing Procedure, the plaintiff hereby certifies that she has filed Motions to Compel on the defendants as of this date.

THE PLAINTIFF, LEIGH BOLICK

*Barbara E. Gardner*

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 31st day of October, 2003:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

David L. Weissman, Esq.
Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

_____
Barbara E. Gardner

2