FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT** 2 37 PM '03

U.S. DISTRICT COURT

| | |
|---|---|
| LEIGH BOLICK, | : CIVIL ACTION NO. |
| Plaintiff | : 3:03CV165(PCD) |
| | : |
| vs. | : |
| | : |
| ALEA GROUP HOLDINGS, LTD., | : |
| ALEA NORTH AMERICA COMPANY, | : |
| JOHN J. BENNETT, AND | : |
| ROBERT D. BYLER, | : |
| Defendants | : November 13, 2003 |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT EXPERT WITNESS DEPOSITIONS

Plaintiff, Leigh Bolick, hereby moves, pursuant to Local Rule 7(b)1 for an

enlargement of time from November 30, 2003 until December 12, 2003 for defendant to

depose two of plaintiff's expert witnesses.

The current scheduling order provides that defendant shall depose plaintiff's

experts by November 30, 2003. On October 31, 2003, plaintiff disclosed four experts in

the case. Defendant will take the deposition of two of plaintiff's experts on November

18 and 24, 2003. Defendant noticed the deposition of plaintiff's vocational expert,

James Cohen, Ph.D., and economic expert, Sheldon Wishnick, Actuary, for November

21, 2003. Dr. Cohen has a previously scheduled appointment that day that cannot be

changed. Counsel have attempted in good faith to come up with alternative dates in

November when Dr. Cohen would be available, but have been unable to do so.

Scheduling was made more difficult by the Thanksgiving holiday falling during this time.

Counsel have reached an agreement to have both Dr. Cohen and Mr. Wishnick deposed on Friday, December 12, 2003. (Deposing these experts on the same day will be more convenient for plaintiff's counsel, who must travel a long distance to defendant's counsel's office in Stamford.)

This modification of the scheduling order will not delay the case and will not affect other deadlines. Fact discovery is to be completed by December 31, 2003.

Defense counsel, Mary Gambardella and Cindy Schmitt Minniti, do not oppose this motion. This is the first request for extension of time to depose plaintiff's experts.

THE PLAINTIFF, LEIGH BOLICK

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this [13th] day of November, 2003, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

Barbara E. Gardner

3