FILED
Nov 19  9 40 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK | : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : | |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD, et al. | : | |
| Defendants. | : | November 18, 2003 |

## DEFENDANTS' CERTIFICATION OF SERVICE OF THEIR OBJECTION TO PLAINTIFF'S MOTION TO COMPEL

Defendants, Alea Group Holdings, Ltd., Alea North America Company, and Robert D. Byler, hereby certify that the original and two copies (one service copy and one for file stamping by the Clerk of the Court) of their Objection to the Plaintiff's Motion to Compel dated October 31, 2003 was served on counsel for Plaintiff via overnight mail this 18th day of November, 2003. Also served via overnight mail delivery were copies of this Objection on all other counsel of record.

THE DEFENDANTS,
ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY, AND
ROBERT D. BYLER

By: _____
Mary A. Gambardella
Federal Bar No. #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

        and

Barry Asen
Federal Bar #ct24527
Counsel Pro Hac Vice
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

ST:27169v1       2

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via overnight mail delivery, postage prepaid, this 18th day of November, 2003 to counsel of record as follows:

>Barbara Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT 06040
>*Counsel for the Plaintiff*
>
>Peter E. Gillespie, Esq.
>46 Riverside Avenue
>P.O. Box 3416
>Westport, CT 06880
>*Counsel for Defendant John Bennett*
>
>David L. Weissman, Esq.
>Saundra M. Yaklin, Esq.
>ReedSmith LLP
>599 Lexington Avenue, 29th FL.
>New York, NY 10022
>*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella

ST:27169v1                                3