53

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2 37 PM '03

U.S. DISTRICT COURT

| | |
|---|---|
| LEIGH BOLICK,<br>    Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>    Defendants | November 13, 2003 |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT EXPERT WITNESS DEPOSITIONS

Plaintiff, Leigh Bolick, hereby moves, pursuant to Local Rule 7(b)1 for an enlargement of time from November 30, 2003 until December 12, 2003 for defendant to depose two of plaintiff's expert witnesses.

The current scheduling order provides that defendant shall depose plaintiff's experts by November 30, 2003. On October 31, 2003, plaintiff disclosed four experts in the case. Defendant will take the deposition of two of plaintiff's experts on November 18 and 24, 2003. Defendant noticed the deposition of plaintiff's vocational expert, James Cohen, Ph.D., and economic expert, Sheldon Wishnick, Actuary, for November 21, 2003. Dr. Cohen has a previously scheduled appointment that day that cannot be changed. Counsel have attempted in good faith to come up with alternative dates in November when Dr. Cohen would be available, but have been unable to do so. Scheduling was made more difficult by the Thanksgiving holiday falling during this time.

---

*Margin annotations:*

*Top left (vertical):* SO ORDERED. The plaintiff's motion to depose plaintiff's expert witness is hereby granted.

*Bottom left (vertical):* 11/24/03. GRANTED. The plaintiff's motion for extension of time until 12/12/03 for defendant to depose plaintiff's expert witness is hereby granted. SO ORDERED.

*Peter C. Dorsey, Senior, U.S.D.J.*