FILED

Nov 26  8 05 AM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LEIGH BOLICK,<br>　　　Plaintiff,<br><br>v.<br><br>ALEA GROUP HOLDING, Ltd.,<br>ET AL.,<br>　　　Defendants. | CIVIL ACTION NO. 3:03 CV 165 (PCD)<br><br><br><br>November 21, 2003 |

## MOTION TO ADMIT A VISITING ATTORNEY

Pursuant to Local Rule 2(d), the undersigned, a member of the bar of this Court in good standing, moves for the admission *pro hac vice* of Cindy Schmitt Minniti. In support of this motion the undersigned states as follows:

1. Cindy Minniti is associated with the firm of ReedSmith, LLP having officers at 599 Lexington Avenue, New York, NY 10022-7650.

2. Attorney Minniti is a member in good standing of the bars of the State of New York (2nd Dept.), the State of New Jersey and the United States District Courts for the Eastern and Southern Districts of New York.

3. Neither Attorney Minniti, nor any member of her firm, has been denied admission or disciplined either in this District pursuant to Local Rule 3 or by any other Court.

4. Attorney Minniti has agreed that the undersigned, who maintains an office in this District, may also be served with all papers in this matter in accordance with Local Rule 2(c)(1).

5. The requisite fee prescribed by Local Rule 2(d)(2) has been submitted simultaneously with this motion.

Based upon the foregoing, counsel respectfully requests that Cindy Schmitt Minniti be admitted as a visiting attorney so that she may fully participate in the defense of this action on behalf of the individual Defendant John J. Bennett.

THE DEFENDANT
JOHN J. BENNETT

By: _____
Peter E. Gillespie (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
E-mail: Petelaw@attglobal.net

2

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901

_____
Peter E. Gillespie (ct06554)