

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK | : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : | |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD, et al. | : | |
| Defendants. | : | November 25, 2003 |

## MOTION TO EXTEND TIME TO COMPLETE REPORT OF DEFENDANTS' EXPERT AND FOR PLAINTIFF TO DEPOSE DEFENDANT'S EXPERT

The Defendants, Alea Groups Holdings, Ltd., Alea North America Company ("ANAC"), and Robert D. Byler ("Byler")(or, hereinafter, collectively, "Defendants"), hereby respectfully request that this Court, pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 9(b)3, grant an extension of time as to the following deadlines:

1. Defendants respectfully request an additional twelve (12) days, or until and including December 31, 2003, by which they must produce the report of their expert witness and summary of his opinion. The reason for this request is that the Defendants' chosen expert, whose identity is already known to Plaintiff, requires an additional two to three hours to complete his examination of the Plaintiff. The schedules of the Plaintiff and the expert required that the next appointment be set for December 4 (the first part of the examination was completed

on November 14, 2003). Given this scheduling issue and the intervening holiday, the expert has requested that the Defendants seek this additional twelve days for completion of this report.

2. Defendants thereby request on behalf of Plaintiff that Plaintiff's deadline to complete the deposition of Defendants' expert witness be correspondingly extended for twelve (12) days, or from the current deadline of January 16, 2004 through and including January 28, 2004.

3. The Court's granting of this request will not affect the deadline for filing of dispositive motions (currently January 23, 2004), as the expert witness reports and deposition testimony are relevant only to Plaintiff's claim for damages.

4. This brief extension of the subject deadlines should not affect the trial readiness of this matter, and is being sought as an accommodation to the retained expert witness.

5. No prior extension of time as to expert witness discovery has been sought in this case. One prior extension of time for fact discovery only was sought by Plaintiff and granted by the Court.

6. Counsel for Defendant John Bennett concurs in this request. Counsel for Plaintiff was contacted regarding this request on November 24, 2003. She indicated that she objects to the Court's granting of this Motion.

**WHEREFORE**, the moving Defendants respectfully request that this Motion be granted.

>THE DEFENDANTS,
>ALEA GROUP HOLDINGS, LTD.,
>ALEA NORTH AMERICA COMPANY, AND
>ROBERT D. BYLER
>
>By: _____
>Mary A. Gambardella
>Federal Bar No. #ct05386
>Epstein Becker & Green, P.C.
>One Landmark Square, Suite 1800
>Stamford, CT 06901-2601
>(203) 348-3737
>
>   and
>
>Barry Asen
>Federal Bar #ct24527
>Counsel Pro Hac Vice
>Epstein Becker & Green, P.C.
>250 Park Avenue
>New York, New York 10177
>(212) 351-4500

ST:27256v1                           3

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent regular mail delivery, postage prepaid, this 25th day of November, 2003 to counsel of record as follows:

> Barbara Gardner, Esq.
> 843 Main Street
> Suite 1-4
> Manchester, CT 06040
> *Counsel for the Plaintiff*
>
> Peter E. Gillespie, Esq.
> 46 Riverside Avenue
> P.O. Box 3416
> Westport, CT 06880
> *Counsel for Defendant John Bennett*
>
> David L. Weissman, Esq.
> Saundra M. Yaklin, Esq.
> ReedSmith LLP
> 599 Lexington Avenue, 29th FL.
> New York, NY 10022
> *Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella