UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED 11/26 2 15 PM '03*
*U.S. DISTRICT COURT*
*NEW HAVEN CONN.*

| | |
|---|---|
| LEIGH BOLICK,<br>    Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>    Defendants | November 25, 2003 |

### CERTIFICATION OF FILING OF MOTION TO AMEND THE COMPLAINT

Pursuant to the Court's Supplemental Order regarding Motion Filing Procedure, the plaintiff hereby certifies that she has filed A Motion for Leave to File an Amended Complaint on the defendants as of November 23, 2003.

THE PLAINTIFF, LEIGH BOLICK

*/s/ Barbara E. Gardner*

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 25th day of November, 2003:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

David L. Weissman, Esq.
Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

*/s/ Barbara E. Gardner*
Barbara E. Gardner

2