**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

Dec 3   2 30 PH '03

U.S. DISTRICT COURT
NEW HAVEN. CONN

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
| Defendants | : | October 31, 2003 |

## MOTION TO COMPEL

Pursuant to Rule 37, plaintiff hereby moves to compel disclosure and discovery

from defendants Alea Group Holdings, Ltd., Alea North America Company and Robert

D. Byler. The plaintiff hereby certifies that the movant has in good faith conferred with

counsel for defendant in an effort to secure the disclosure without court action but has

been unable to fully resolve defendant's objections. Plaintiff relies on the attached

Memorandum of Law and Affidavit of counsel.

THE PLAINTIFF, LEIGH BOLICK

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

ORAL ARGUMENT REQUESTED

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 31st day of October, 2003, to:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

David L. Weissman, Esq.
Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

Barbara E. Gardner

2