FILED

Dec 3   2 31 PM '03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD,** | : | |
| et al. | : | |
| Defendants. | : | November 18, 2003 |

### AFFIDAVIT IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL

STATE OF CONNECTICUT   )
                                              )
COUNTY OF FAIRFIELD     )

The undersigned, having been duly sworn, hereby deposes and says:

1. I am one of the primary attorneys handling the defense of this action on behalf of the Defendants, Alea Groups Holdings, Ltd., Alea North America Company ("ANAC"), and Robert D. Byler ("Byler")(or, hereinafter, collectively, "Defendants").

2. I make this statement in support of Defendants' Objection to the Motion submitted by the Plaintiff, Leigh Bolick ("Bolick"), to compel responses to Plaintiff's Interrogatories and Request for Production and to produce certain documents identified in Defendants' Privilege Log.

3. I was personally and directly involved in the events which have been addressed by the Plaintiff's Motion to Compel. Moreover, I was personally involved in the communications with her counsel with respect to Defendants' objections to certain of Plaintiff's discovery requests, and the items set forth on the Privilege Log.

4. I hereby aver that the description of said events as set forth in the Defendants' are true and accurate.

_____
MARY A. GAMBARDELLA

The foregoing was subscribed and sworn to before me this 18th day of November, 2003.

_____
COMMISSIONER OF THE SUPERIOR COURT

ST:27242v1

2

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via hand delivery this 24th November, 2003 to counsel of record as follows:

Barbara Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
*Counsel for the Plaintiff*

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
*Counsel for Defendant John Bennett*

David L. Weissman, Esq.
Saundra M. Yaklin, Esq.
ReedSmith LLP
599 Lexington Avenue, 29th FL.
New York, NY 10022
*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella

ST:27242v1                                3