FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 3  2 34 PM '03

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV165(PCD) |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
| Defendants | | October 31, 2003 |

## MOTION TO COMPEL

Plaintiff moves to compel, pursuant to Fed. R. Civ. P. 37(a)(2)(B) the answer to a question posed to defendant John J. Bennett at his deposition on October 30, 2003. Plaintiff seeks an Order instructing Mr. Bennett to disclose the terms of his separation agreement with the corporate defendant. Plaintiff relies on the attached Memorandum of Law and Affidavit of counsel.

THE PLAINTIFF, LEIGH BOLICK

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

ORAL ARGUMENT REQUESTED

## CERTIFICATION

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 31st day of October, 2003:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

David L. Weissman, Esq.
Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

*Barbara E. Gardner* (signature)
Barbara E. Gardner