FILED

DEC 5  3 15 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : | |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD, et al. | : | |
| Defendants. | : | December 4, 2003 |

### DEFENDANTS' CERTIFICATION OF SERVICE

Defendants, Alea Group Holdings, Ltd., Alea North America Company, and Robert D. Byler, hereby certify that the original and two copies (one service copy and one for file stamping by the Clerk of the Court) of the following:

1. Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend the Complaint and Request for Sanctions, along with an Affidavit in Support.

2. Defendants' Motion for Protective Order, to Modify Scheduling Deadlines, and for Attorneys' Fees and Costs, along with an Affidavit and Memorandum of Law in Support.

The above-referenced pleadings dated December 4, 2003 were served on counsel for Plaintiff via overnight mail on even date. Copies of all such pleadings were mailed via regular mail to all other counsel of record, also on December 4, 2003.

<div style="margin-left: 40%;">

THE DEFENDANTS,
ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY, AND
ROBERT D. BYLER

By: _____
Mary A. Gambardella
Federal Bar No. #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

and

Barry Asen
Federal Bar #ct24527
Counsel Pro Hac Vice
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

</div>

ST:27320v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via first class mail delivery, postage prepaid, this 4th day of December, 2003 to counsel of record as follows:

Barbara Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
*Counsel for the Plaintiff*
[Via Overnight Mail Delivery]

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
*Counsel for Defendant John Bennett*

David L. Weissman, Esq.
Saundra M. Yaklin, Esq.
ReedSmith LLP
599 Lexington Avenue, 29th FL.
New York, NY 10022
*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella