FILED
Nov 26 9 31 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

LEIGH BOLICK : Civil Action No. 3:03CV165 (PCD)

Plaintiff, :

vs. :

ALEA GROUP HOLDINGS, LTD, et al. :

Defendants. : November 25, 2003

FILED
DEC 9 3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**MOTION TO EXTEND TIME TO COMPLETE REPORT OF DEFENDANTS' EXPERT AND FOR PLAINTIFF TO DEPOSE DEFENDANT'S EXPERT**

The Defendants, Alea Groups Holdings, Ltd., Alea North America Company ("ANAC"), and Robert D. Byler ("Byler")(or, hereinafter, collectively, "Defendants"), hereby respectfully request that this Court, pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 9(b)3, grant an extension of time as to the following deadlines:

1. Defendants respectfully request an additional twelve (12) days, or until and including December 31, 2003, by which they must produce the report of their expert witness and summary of his opinion. The reason for this request is that the Defendants' chosen expert, whose identity is already known to Plaintiff, requires an additional two to three hours to complete his examination of the Plaintiff. The schedules of the Plaintiff and the expert required that the next appointment be set for December 4 (the first part of the examination was completed

December 9, 2003 Granted in part. Defendant shall produce their experts' reports by December 31, 2003. The deadline for the deposition of defendants' experts shall remain January 16, 2004. Peter C. Dorsey U.S.D.J.