UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>      Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>      Defendants | November 23, 2003 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, Leigh Bolick, hereby moves pursuant to Fed. R. Civ. P. 15(a) for leave to amend the complaint to include the following common law claims: 1) negligent retention and supervision; 2) intentional infliction of emotional distress; 3) assault and battery; and 4) invasion of privacy. Plaintiff further proposed that she be given leave to allege facts in support of vicarious liability of the employer (paragraphs 4-6) and the fact that she was constructively discharged (paragraph 41). The proposed Second Amended Complaint is attached hereto. Fed. R. Civ. P. 15(a) provides that leave to amend "shall be freely given when justice so requires." See also Foman v. Davis, 371 U.S. 178 (1962).

The discovery period under the current scheduling order will end on December 31, 2003. The new claims are based on the same operative facts as are present in the Amended Complaint already pending, with the exception of the additional proposed

amended facts regarding vicarious liability of defendant Alea and that plaintiff was constructively discharged. These facts and the proposed additional claims are pled now based on facts that have come to light during the discovery process, that is, both documents produced by defendant on September 19, 2003 and depositions taken during the last two weeks of October, 2003. As there is no prejudice to defendants, plaintiff respectfully requests that this motion be granted.

                                    THE PLAINTIFF, LEIGH BOLICK

*/Barbara E. Hand*
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record on this 23th day of November, 2003:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601


Saundra M. Yaklin
Reed Smith, LLP
599 Lexington Ave.
29th Floor
New York, NY 10022

_____
Barbara E. Gardner

3