IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : | |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD, et al. | : | |
| Defendants. | : | DECEMBER 19, 2003 |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE A SURREPLY VIA AFFIDAVIT TO PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC"), and Robert D. Byler ("Byler"), hereby respectfully request this Court's permission to file the annexed Supplemental Affidavit as a Surreply to Plaintiff's Reply Memorandum to Defendants' Opposition to her Motion for Leave to Amend the Complaint.

In support of this request, it is respectfully contended that there are several misrepresentations made in Plaintiff's Reply with respect to purported assertions of fact,

necessitating the filing of this brief Supplemental Affidavit of counsel.

                **EPSTEIN BECKER & GREEN, P.C.**
                Attorneys for Defendants
                Alea Group Holdings, Ltd., Alea North
                America Company, and Robert D. Byler

By: _____
       Mary A. Gambardella
       Federal Bar No. ct05386
       One Landmark Square, Suite 1800
       Stamford, CT 06901-2601
       (203) 348-3737

       and

Barry Asen
Federal Bar #ct24527
Counsel Pro Hac Vice
250 Park Avenue
New York, New York 10177
(212) 351-4500

ST:27428v1

2

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via first class mail, postage prepaid, this 19th day of December, 2003 to counsel of record as follows:

>Barbara Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT  06040
>*Counsel for the Plaintiff*
>[Via Overnight Mail Delivery}
>
>Peter E. Gillespie, Esq.
>46 Riverside Avenue
>P.O. Box 3416
>Westport, CT 06880
>*Counsel for Defendant John Bennett*
>
>David L. Weissman, Esq.
>Saundra M. Yaklin, Esq./Cindy S. Minniti, Esq.
>Reed Smith LLP
>599 Lexington Avenue, 29th FL.
>New York, NY 10022
>*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella

ST:27428v1

3