UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, | : |
| | : |
| VS. | : CASE NO. 3:03CV165 (PCD) |
| | : |
| ALEA GROUP HOLDINGS, LTD., ET AL. | : |

## ENDORSEMENT ORDER

The Defendants' Motion for Permission to File a Surreply Via Affidavit to Plaintiff's Reply Memorandum to Defendants' Opposition to Plaintiff's Motion for Leave to Amend the Complaint, document no. 79, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 24th day of December, 2003.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court