UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK,<br>      Plaintiff,<br>CV 165 (PCD) | : <br> : <br> : <br> : | CIVIL ACTION NO. 3:03 |
| v. | : <br> : <br> : | |
| ALEA GROUP HOLDING, Ltd.,<br>ET AL.,<br>      Defendants. | : <br> : <br> : <br> : | DECEMBER 22, 2003 |

**<u>AFFIDAVIT OF CINDY SCHMITT MINNITI IN SUPPORT OF
THE MOTION TO ADMIT HER AS A VISITING ATTORNEY</u>**

I, Cindy Schmitt Minniti, being duly sworn, depose and state as follows:

1. I am over 18 years of age and I believe in the obligations of an oath. This Affidavit is submitted in compliance with Local Rule 83.1(d).

2. I am associated with the firm of ReedSmith, LLP and have my office at 599 Lexington Avenue, New York, NY 10022-7650. My telephone number is (212)549-0327. My fax number is (212)521-5450, and my email address is cminniti@reedsmith.com

3. I am a member in good standing of the bars of the State of New York (2nd Dept.), the State of New Jersey and the United States District Courts for the Eastern and Southern Districts of New York.

4. Neither I, nor any member of ReedSmith, has been denied admission or been disciplined either in the District for Connecticut or

by any other Court.

    5. I have reviewed, and am familiar with, the Rules of the District Court for the District of Connecticut. Further, I have agreed that Attorney Peter Gillespie, who maintains an office in this District, may also be served with all papers in this matter.

    I have read the foregoing and I swear that it is true to the best of my knowledge and belief, so help me God.

                                                               _____
                                                                        Cindy Schmitt Minniti

Subscribed and sworn to before
me this ___ day of December, 2003.


_____
Notary Public

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing affidavit

in support of a motion to admit a visiting attorney was served by first class mail,

postage pre-paid, this    day of December, 2003 upon the following:

Barbara E. Gardner, Esq.
843 Main Street,  Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
0ne Landmark Square – Suite 1800
Stamford, CT 06901


_____        Peter E. Gillespie