## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK | : |
| | : |
| VS. | :   CASE NO. 3:03CV165 (PCD) |
| | : |
| ALEA GROUP HOLDING, LTD., ET AL. | : |

## ENDORSEMENT ORDER

The Motion to Admit Visiting Attorney, document no. 56, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 5th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court