UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEIGH BOLICK

    -vs-                                                    Civil No. 3:03 cv 165 (PCD)

ALEA GROUP HOLDINGS, LTD., ET ALS

ENDORSEMENT ORDER

    Defendants' motion to extend time to complete report of defendants' expert and for plaintiff to depose defendants' expert (Doc. #85) is hereby GRANTED-IN-PART. While the present picture of the case, as portrayed by defendants, casts plaintiff in the role of procrastinator, the proper remedy to completing discovery as scheduled was resort to Rule 37. The expert report shall be produced on or before January 26, 2004. Any deposition of plaintiff's expert will be completed by February 16, 2004.

    The motion to suspend discovery deadlines is denied.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 14, 2004.


_____/s/_____
Peter C. Dorsey, Senior
United States District Judge