IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD,** | : | |
| et al. | : | |
| Defendants. | : | JANUARY 16, 2004 |

**JOINT MOTION FOR COURT TO APPROVE AND ENTER ORDERS PER
ATTACHED STIPULATION RE DISCOVERY AND TO WITHDRAW PENDING
MOTION FOR PROTECTIVE ORDER AND FOR SUSPENSION OF DEADLINES FOR
DISCOVERY AND FOR FILING OF DISPOSITIVE MOTIONS**

The parties to the above captioned matter hereby respectfully request that this Court, approve and "so order" the contents of the annexed Stipulation executed by their counsel. Specifically, the parties assert as follows:

1.  The Plaintiff moved this Court to amend her Complaint to add additional causes of action.

2.  Consequently, Defendants moved to suspend fact discovery remaining, and accordingly, the deadline for filing of any dispositive motions, until the Court ruled on that Motion to Amend. Defendants did so by way of a Motion for Protective Order and for Suspension of Deadlines.

3. On or about December 24, 2003, this Court denied the Plaintiff's Motion to Amend the Complaint. The Court has yet to rule on the pending Motion for Protective Order and for Suspension of Deadlines.

4. As of the date of filing of the Motion to Amend the Complaint, the Plaintiff had noticed the deposition of Dennis Purkiss, a defense witness. Defendants essentially objected to proceeding with this deposition until the Court ruled on the Motion to Amend to prevent any reopening of the deposition if the Court approved the Plaintiff's requests, which would have resulted in causes of action being added. This witness was, and is, a resident of London, England, and was traveling to New York on business during the week his deposition had been initially scheduled. Defendants thereby wanted to ensure he would only be deposed on one occasion concerning all causes of action in the Complaint.

5. The Defendants do not object to producing this witness, but did object to any additional depositions being noticed or additional discovery being conducted, given the Court's denial of the Motion to Amend and the prior fact discovery deadline of December 31, 2003. At this juncture, however, Defendants respectfully request that Plaintiff be permitted to proceed with this deposition to prevent Plaintiff from asserting issues of fact exist as to his anticipated testimony, so as to defeat summary judgment.

6. The Defendants further moved to extend certain deadlines with respect to the submission of their retained expert witness report and his deposition by Plaintiff. This request was granted in part, and denied in part. However, since the filing of this last request, the

January 12 final appointment did not proceed, through no fault of Plaintiff herself, due to miscommunications involving the car service Defendants agreed to provide as a compromise to one of her prior disputes. The appointment had to be rescheduled for January 29.

7. Moreover, the Court has just ruled on a pending Motion to Compel, indicating that additional documents/information are to be produced to Plaintiff. Such documents should be considered in any Motions for Summary Judgment to be filed by Defendants and Plaintiff's opposition thereto. Defendants need some additional time, albeit brief, to comply with the Court's partial granting of that Motion to Compel.

8. The parties have discussed all open issues with respect to discovery and hereby present the attached Stipulation which they respectfully request be "so ordered" by the Court to resolve all such open issues.

**WHEREFORE**, the parties jointly and respectfully request that this Motion be granted.


        **THE DEFENDANTS,**
        **ALEA GROUP HOLDINGS, LTD.,**
        **ALEA NORTH AMERICA COMPANY, AND**
        **ROBERT D. BYLER**


By: _____
    Mary A. Gambardella
    Federal Bar No. #ct05386
    Epstein Becker & Green, P.C.
    One Landmark Square, Suite 1800
    Stamford, CT  06901-2601
    (203) 348-3737
        and
    Barry Asen
    Federal Bar #ct24527
    Counsel Pro Hac Vice
    Epstein Becker & Green, P.C.
    250 Park Avenue
    New York, New York  10177
    (212) 351-4500

       **THE DEFENDANT,**

**BY:** _____
      **Cindy Schmidt Minniti, Esq.**
      **ReedSmith LLP**
      **599 Lexington Avenue, 29th FL.**
      **New York, NY 10022**
      **212-549-0327**

                    **THE PLAINTIFF,**

**BY:**_____
      **Barbara Gardner, Esq.**
      **843 Main Street**
      **Suite 1-4**
      **Manchester, CT  06040**
      **(860) 643-5543**

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record on the 16th day of January, 2004.

_____
Mary A. Gambardella