FILED

26  3 02 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEIGH BOLICK, | : | APPEARANCE |
|  | : |  |
|  | : | CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| ALEA GROUP HOLDING, Ltd., | : |  |
| ET AL., | : | January 12, 2004 |
| Defendants. | : |  |
|  | : |  |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel of record in this case for:

the individual Defendant, JOHN J. BENNETT.


Date: January 12, 2004

CT Fed. Bar No. CT-25495

By: _Cindy Schmitt Minniti_
Cindy Schmitt Minniti
Reed Smith LLP
599 Lexington Avenue
28th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 541-5450
E-mail: cminniti@reedsmith.com