UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEIGH BOLICK,                               :
          Plaintiff                         :
vs.                                         :          Civil No. 3:03cv165 (PCD)
                                            :
ALEA GROUP HOLDINGS LTD.,                   :
ET AL.,                                     :
          Defendants                        :

## ENDORSEMENT ORDER

Parties Joint Motion [Doc. No. 88] for approval of their Joint Stipulation is **granted**. Per

parties' agreement as to its terms, the Joint Stipulation is adopted in its entirety.

SO ORDERED. Dated at New Haven, Connecticut, January 26, 2004.

                                   Peter C. Dorsey, U.S. District Judge
                                   United States District Court