IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
FEB 11  1 46 PM '04
U.S. DISTRICT COURT
HAVEN, CONN.

| | | |
|---|---|---|
| LEIGH BOLICK | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD. | : | |
| et al. | : | |
| **Defendants.** | : | February 10, 2004 |

**CERTIFICATION OF SERVICE OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING PLEADINGS**

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC") and Robert Byler, hereby certify that a copy of the following were served on all counsel of record by regular mail, postage prepaid, this 10th day of February, 2004:

1. Statement of Undisputed Facts Pursuant to Federal Rule 56(a)(1) and Local Rule 9(c)(1);

2. Request for Extension on Page Limits;

3. Motion for Summary Judgment;

4. Memorandum of Law in support of the Motion for Summary Judgment with annexed Exhibits and Affidavit of Elissa Biegen; and

27758 v1                                      -1-

f.  Affidavit of Mary A. Gambardella.

                      THE DEFENDANTS,
                      ALEA GROUP HOLDINGS, LTD.,
                      ALEA NORTH AMERICA COMPANY, AND
                      ROBERT D. BYLER

By: _____

Mary A. Gambardella
Federal Bar No. #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
      and
Barry Asen
Federal Bar #ct24527
Counsel Pro Hac Vice
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Certification was mailed via regular mail, postage prepaid, to all counsel of record on the 10th day of February, 2004 as follows.

>Barbara Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT 06040
>*Counsel for the Plaintiff*
>
>Peter E. Gillespie, Esq.
>46 Riverside Avenue
>P.O. Box 3416
>Westport, CT 06880
>*Counsel for Defendant John Bennett*
>
>David L. Weissman, Esq.
>Saundra M. Yaklin, Esq.
>ReedSmith LLP
>559 Lexington Avenue, 29th FL.
>New York, NY 10022
>*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella