IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD,** | : | |
| et al. | : | |
| Defendants. | : | February 12, 2004 |

**DEFENDANTS' MOTION TO SUSPEND
THE TRIAL PREPARATION ORDER DATED FEBRUARY 9, 2004**

**PLEASE TAKE NOTICE** that Defendants**,** Alea Groups Holdings, Ltd., Alea North America Company, and Robert D. Byler (collectively, "Defendants"), by their counsel, Epstein Becker & Green, P.C., hereby respectfully request that this Court suspend the deadlines included in its Trial Preparation Order February 9, 2004.

The reasons for this request are as follows:

1. This Court recently agreed to re-set the deadline for service of any dispositive motions as February 12. These Defendants, in fact, served their Motion for Summary Judgment by mailing a copy of the same to Plaintiff on February 10, 2004.

2. Certification of Service of the Motion and accompanying submissions was mailed to this Court on February 10, 2004 as well.

ST:27802v1

3.    Defendants respectfully contend that having already expended significant time and money preparing what they perceive to be a justified dispositive motion, it would be highly prejudicial if they are now required to expend the significant, additional sums required to prepare for trial, including to comply with the Trial Preparation Order, while their Motion is pending with this Court.

4.    Accordingly, Defendants respectfully request that the Court suspend the deadlines in the Trial Preparation Order until such time as the Court has ruled on their dispositive Motion.[1]

The undersigned contacted Plaintiff's counsel in writing on February 10, 2004 regarding this request. Plaintiff's counsel indicated on February 12 that she does not object to the granting of this Motion. Counsel for Defendant John Bennett also has no objection, and in fact joins in this request.

No prior request for an extension of the same time limitation has been filed.

---

[1] Defendant John Bennett is filing a separate dispositive motion as well, and it is anticipated that service of his submission will be completed by the current deadline of February 12.

   **WHEREFORE**, the Defendants respectfully requests that this Court suspend its Trial Preparation Order dated February 9, 2004.


                              THE DEFENDANTS,
                              ALEA GROUP HOLDINGS, LTD.,
                              ALEA NORTH AMERICA COMPANY



                        By:_____
                              Mary A. Gambardella
                              Federal Bar No. #ct05386
                              Epstein Becker & Green, P.C.
                              One Landmark Square, Suite 1800
                              Stamford, CT  06901-2601
                              (203) 348-3737

                                    and

                              Barry Asen
                              Federal Bar #ct24527
                              Counsel Pro Hac Vice
                              Epstein Becker & Green, P.C.
                              250 Park Avenue
                              New York, New York  10177
                              (212) 351-4500

# **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Defendants' Motion to Suspend the Trial Preparation Order* was mailed via regular mail, postage prepaid, this 12th day of February, 2004, to the following counsel of record:

>Barbara Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT  06040
>*Counsel for the Plaintiff*
>
>Peter E. Gillespie, Esq.
>46 Riverside Avenue
>P.O. Box 3416
>Westport, CT 06880
>*Counsel for Defendant John Bennett*
>
>David L. Weissman, Esq.
>Saundra M. Yaklin, Esq.
>ReedSmith LLP
>599 Lexington Avenue, 29th FL.
>New York, NY 10022
>*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella