## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>    Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>    Defendants | March 4, 2004 |

### CERTIFICATION OF FILING OF MEMORANDUM IN OPPOSITION
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Supplemental Order regarding Motion Filing Procedure, the plaintiff hereby certifies that she has filed Memorandum in Opposition to Defendants' Motion for Summary Judgment on the defendants as of March 3, 2004.

THE PLAINTIFF, LEIGH BOLICK

*Barbara E. Gardner* (signature)

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 3rd day of March, 2004:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

*Barbara E. Gardner*
Barbara E. Gardner

2