**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LEIGH BOLICK,
        Plaintiff

vs.

ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY,
JOHN J. BENNETT, AND
ROBERT D. BYLER,
        Defendants

:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:03CV165(PCD)

March 15, 2004

### PLAINTIFF'S REQUEST FOR EXTENSION OF PAGE LIMITS

The Plaintiff, Leigh Bolick, respectfully requests that the page limit on her

Memorandum of Law in Opposition to Defendant's Summary Judgment Motion be

extended from 40 to 41 pages.

The Complaint contains eight counts. The Defendant's Memorandum was 42

pages. In order to adequately respond to Defendant's Motion, plaintiff needed to go

slightly over the page limit set forth in Local Rule 7(a).

For the foregoing reasons, plaintiff respectfully requests that she be permitted to

file a Memorandum that is 41 pages in length.

THE PLAINTIFF, LEIGH BOLICK


Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com


## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 15th day of March, 2004, to:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexington Ave.
New York, NY 10022


Barbara E. Gardner

2