IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK | : Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| ALEA GROUP HOLDINGS, LTD, | : |
| et al. | : |
| Defendants. | : FEBRUARY 10, 2004 |

### AFFIDAVIT OF MARY A. GAMBARDELLA, ESQUIRE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF CONNECTICUT      )
                                              ) ss:
COUNTY OF FAIRFIELD       )

**The undersigned, having been duly sworn, hereby deposes and says:**

1. I am a member of the firm of Epstein Becker & Green, P.C., attorneys of record for the Defendants, Alea Group Holdings, Ltd., Alea North America Company, and Robert D. Byler. I make this statement based on my personal knowledge of the facts hereinafter set forth.

2. I hereby certify that the documents attached as Exhibits to the Memorandum of Law in support of the Defendants' Motion for Summary Judgment are true copies of the

originals on file. Additionally, all deposition transcript excerpts annexed thereto as Exhibits are true copies of the original excerpts from those depositions of record in this action.

_____
MARY A. GAMBARDELLA

The foregoing was subscribed and sworn to before me this 10th day of February, 2004.

_____
NOTARY PUBLIC/COMMISSIONER OF
THE SUPERIOR COURT

ST:27737v1                                    2