# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LEIGH BOLICK** : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, : | |
| vs. : | |
| **ALEA GROUP HOLDINGS, LTD.** : | |
| **et al.** : | |
| Defendants. : | March 16, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Alea Group Holdings, Ltd., Alea North America Co. and Robert Byler, have manually filed the following documents:

**EXHIBIT A:** Excerpts from the transcript of Deposition of Leigh Bolick, and referred to as "Bolick Dep.".

**EXHIBIT B:** Excerpts from the transcript of Deposition of Robert Byler, and referred to as "Byler Dep.".

**EXHIBIT C:** Excerpts from the transcript of Deposition of Marti Lametta and referred to as "Lametta Dep.".

**EXHIBIT D:** Excerpts from the transcript of Deposition of Leonard Goldberg, and referred to as "Goldberg Dep.".

**EXHIBIT E:** Excerpts from the transcript of Deposition of Dennis Purkiss, and referred to as "Purkiss Dep.".

**EXHIBIT F:** Offer Letter to Leigh Bolick dated September 19, 2000 with attachment.

**EXHIBIT G:** Affidavit of Elissa Biegen, with Exhibits 1, 2, and 3 thereto.
1. Offer letter, resume and employment application for Sandra Duncan
2. Offer letter, resume and employment application for Scott Roe
3. Offer letter, resume and employment application for Jeffrey Alexander

ST:28137v1

**EXHIBIT H**: Resume of Leigh Bolick submitted to Alea North America Co.
**EXHIBIT I**: Letter to Plaintiff Reflecting Raise in April of 2003

**EXHIBIT J**: Notice of Promotion in 2002; and Interoffice Memorandum dated June 21, 2002 from Marti Lametta and Leonard Goldberg to Leigh Bolick
**EXHIBIT K**: Excerpts from notes of Dr. Steven A. Kagel, Ph.D.
**EXHIBIT L**: Judgment of Divorce between Thomas Bolick and Leigh Bolick
**EXHIBIT M**: Petition for Divorce between Thomas Bolick and Leigh Bolick
**EXHIBIT N**: Copies of judicial decisions bearing Westlaw citations

## CASES ATTACHED TO REPLY BRIEF

These documents have not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

Respectfully submitted,

Mary A. Gambardella
Fed. Bar #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
Fax: 203-324-9291
E-mail MGambard@ebglaw.com

ST:28137v1

## CERTIFICATION

     The undersigned hereby certifies that a copy of the foregoing Notice of Manual Filing was mailed via regular mail, postage prepaid, to all counsel of record on the 16th day of March, 2004 as follows.

                    Barbara Gardner, Esq.
                    843 Main Street
                    Suite 1-4
                    Manchester, CT  06040
                    *Counsel for the Plaintiff*

                    Peter E. Gillespie, Esq.
                    46 Riverside Avenue
                    P.O. Box 3416
                    Westport, CT 06880
                    *Counsel for Defendant John Bennett*

                    David L. Weissman, Esq.
                    Cindy Schmitt Minniti, Esq.
                    ReedSmith LLP
                    559 Lexington Avenue, 29th FL.
                    New York, NY 10022
                    *Counsel Pro Hac Vice for Defendant John Bennett*

                    _____
                    Mary A. Gambardella

ST:28137v1