IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| Plaintiff, | : | |
| vs. | : | |
| **ALEA GROUP HOLDINGS, LTD,** | : | |
| et al. | : | |
| Defendants. | : | **FEBRUARY 10, 2004** |

## DESIGNATION OF EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC") and Robert Byler, hereby respectfully designate the Exhibits to their Memorandum of Law in Support of the Motion for Summary Judgment as follows:

**EXHIBIT A:** Excerpts from the transcript of Deposition of Leigh Bolick, and referred to as "Bolick Dep.".

**EXHIBIT B:** Excerpts from the transcript of Deposition of Robert Byler, and referred to as "Byler Dep.".

**EXHIBIT C:** Excerpts from the transcript of Deposition of Marti Lametta, and referred to as "Lametta Dep.".

**EXHIBIT D:** Excerpts from the transcript of Deposition of Leonard Goldberg, and referred to as "Goldberg Dep.".

**EXHIBIT E**: Excerpts from the transcript of Deposition of Dennis Purkiss, and referred to as "Purkiss Dep.".

**EXHIBIT F**: Offer Letter to Leigh Bolick dated September 19, 2000 with attachment.

**EXHIBIT G**: Affidavit of Elissa Biegen, with Exhibits 1, 2, and 3 thereto.

1. Offer letter, resume and employment application for Sandra Duncan
2. Offer letter, resume and employment application for Scott Roe
3. Offer letter, resume and employment application for Jeffrey Alexander

**EXHIBIT H**: Resume of Leigh Bolick submitted to Alea North America Co.

**EXHIBIT I**: Letter to Plaintiff Reflecting Raise in April of 2003

**EXHIBIT J**: Notice of Promotion in 2002; and Interoffice Memorandum dated June 21, 2002 from Marti Lametta and Leonard Goldberg to Leigh Bolick

**EXHIBIT K**: Excerpts from notes of Dr. Steven A. Kagel, Ph.D.

**EXHIBIT L**: Judgment of Divorce between Thomas Bolick and Leigh Bolick

**EXHIBIT M**: Petition for Divorce between Thomas Bolick and Leigh Bolick

**EXHIBIT N:**    Copies of judicial decisions bearing Westlaw citations

THE DEFENDANTS,
ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY, AND
ROBERT D. BYLER

By: _____
Mary A. Gambardella
Federal Bar No. #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
           and
Barry Asen
Federal Bar #ct24527
Counsel Pro Hac Vice
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500