IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD.** | : | |
| et al. | : | |
| **Defendants.** | : | February 10, 2004 |

### DEFENDANTS' REQUEST FOR EXTENSION ON PAGE LIMITS

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC") and Robert Byler, hereby respectfully request, pursuant to Local Rule 9(b), that the page limitation on their Memorandum of Law in support of the Motion for Summary Judgment be extended from 40 pages, exclusive of the signature page, to 42 pages.

The Complaint contains eight counts. The first and third count set forth causes of action for alleged hostile environment sexual harassment, in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60, *et seq.* ("CFEPA"), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § Section 2000e-2(a)("Title VII"), respectively. The second and fourth counts set forth causes of action for retaliation, also in violation of the CFEPA and Title VII, respectively. The fifth count sets forth a cause of action for breach an implied in fact contract; the sixth for breach of the implied covenant of good faith and fair dealing; and the seventh for negligent misrepresentation. Counts five, six, and seven all relate to Bolick's claim to a bonus payment for calendar year 2001. Finally, the eighth count sets forth a cause of action for violation of the Equal Pay Act, 29 U.S.C. § 206(d)("EPA"). Plaintiff

requests damages for her claimed lost wages, lost earning capacity, emotional distress, and attorneys' fees.

The Defendants' respectfully request that they be permitted to submit two additional pages as the added length is necessary to adequately address all eight counts of the Complaint. No other request of this type has been made in this action.

WHEREFORE, moving Defendants respectfully request that the motion be granted.

> THE DEFENDANTS,
> ALEA GROUP HOLDINGS, LTD.,
> ALEA NORTH AMERICA COMPANY, AND
> ROBERT D. BYLER
>
> By: _____
>
> Mary A. Gambardella
> Federal Bar No. #ct05386
> Epstein Becker & Green, P.C.
> One Landmark Square, Suite 1800
> Stamford, CT 06901-2601
> (203) 348-3737
>             and
> Barry Asen
> Federal Bar #ct24527
> Counsel Pro Hac Vice
> Epstein Becker & Green, P.C.
> 250 Park Avenue
> New York, New York 10177
> (212) 351-4500

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Request for Extension on Page Limits was mailed via regular mail, postage prepaid, to all counsel of record on the 10th day of February, 2004 as follows.

Barbara Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
*Counsel for the Plaintiff*

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
*Counsel for Defendant John Bennett*

David L. Weissman, Esq.
Saundra M. Yaklin, Esq.
ReedSmith LLP
559 Lexington Avenue, 29th FL.
New York, NY 10022
*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella

27758 v1                    -3-