**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEIGH BOLICK,<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>　　　Defendants | : | March 3, 2004 |

**AFFIDAVIT OF BARBARA E. GARDNER**

I, Barbara E. Gardner, being of full age and understanding the obligations of an oath do depose and say:

1. I am counsel for the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit 1 are true and correct copies of portions of the transcript of the deposition of the plaintiff taken on July 8, 2003.

3. Attached as Exhibit 2 are true and correct copies of portions of the transcript of the deposition of the plaintiff taken on August 21, 2003.

4. Attached as Exhibit 3 are true and correct copies of portions of the transcript of the deposition of defendant Robert D. Byler taken on October 23, 2003.

5. Attached as Exhibit 4 are true and correct copies of portions of the transcript of the deposition of defendant John Bennett taken on October 30, 2003.

6. Attached as Exhibit 5 are true and correct copies of portions of the transcript of the deposition of Martha (Marti) Lametta, former Vice President and Director of Human Resources for ANAC taken on July 31, 2003.

7. Attached as Exhibit 6 are true and correct copies of portions of the transcript of the deposition of Leonard Goldberg, President of ANAC taken on October 29, 2003.

8. Attached as Exhibit 7 are true and correct copies of portions of the transcript of the deposition of Dennis Purkiss, Chairman and CEO of AGH, taken on February 3, 2004.

9. Attached as Exhibit 9 is a true and correct copy of an e-mail from Byler to Lametta produced by defendants Byler and Alea in discovery.

10. Attached as Exhibit 12 are true and exact copies of handwritten notes of Byler produced by defendants Byler and Alea in discovery.

11. Attached as Exhibit 15 are true and exact copies of typewritten notes prepared by Marti Lametta and produced by defendants Byler and Alea in discovery.

12. Attached as Exhibit 16 is a true and exact copy of a document entitled "Draft" prepared by Leonard Goldberg and produced in discovery by Byler and Alea.

13. Attached as Exhibit 18 are true and exact copies of notes of Marti Lametta produced by defendants Byler and Alea in discovery.

*/s/ Barbara E. Gardner*
Barbara E. Gardner

Subscribed and sworn to before me this 3rd day of March, 2004.

*/s/*
Commissioner of the Superior Court

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record on this 3rd day of March, 2004:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Saundra M. Yaklin
Reed Smith, LLP
599 Lexington Ave.
29th Floor
New York, NY 10022

*Barbara E. Gardner* (signature)
Barbara E. Gardner