**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LEIGH BOLICK,<br>　　　Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>　　　Defendants | March 15, 2004 |

**CERTIFICATION OF FILING OF MEMORANDUM IN OPPOSITION TO DEFENDANT JOHN J. BENNETT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's Supplemental Order regarding Motion Filing Procedure, the plaintiff hereby certifies that she has filed Memorandum in Opposition to Defendant John J. Bennett's Motion for Summary Judgment on the defendants as of March 8, 2004.

　　　　　　　　　　　　　　　　　THE PLAINTIFF, LEIGH BOLICK

　　　　　　　　　　　　　　　　　/s/ Barbara E. Gardner
　　　　　　　　　　　　　　　　　Barbara E. Gardner
　　　　　　　　　　　　　　　　　CT07623
　　　　　　　　　　　　　　　　　843 Main St., Suite 1-4
　　　　　　　　　　　　　　　　　Manchester, CT 06040
　　　　　　　　　　　　　　　　　(860)643-5543
　　　　　　　　　　　　　　　　　(860)645-9554(fax)
　　　　　　　　　　　　　　　　　Bg@bgardnerlaw.com

## CERTIFICATION

THIS WILL CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 15th day of March, 2004:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

*Barbara E. Gardner* (signature)
Barbara E. Gardner

2