UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 26  11 33 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| LEIGH BOLICK, | AFFIDAVIT OF CINDY SCHMITT MINNITI IN SUPPORT OF DEFENDANT JOHN J. BENNETT'S MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | |
| v. | |
| ALEA GROUP HOLDING, LTD., ALEA NORTH AMERICA COMPANY, JOHN J. BENNETT, AND ROBERT D. BYLER | CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| Defendants. | FEBRUARY 12, 2004 |

STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

The undersigned, having been duly sworn, hereby deposes and says:

1. I am admitted *pro hac vice* to practice before this Court for the purposes of the above-captioned matter. I am associated with the law firm of Reed Smith, counsel for Defendant John J. Bennett ("Bennett"). I make this statement based upon my personal knowledge and a review of the file in the instant matter.

2. I hereby certify that the documents attached as Exhibits to the Memorandum of Law in Support of Defendant Bennett's Motion for Summary Judgment, dated February 12, 2004, are true copies of the originals on file. In addition, all deposition transcript excerpts annexed as Exhibits thereto are true copies of the original excerpts from those depositions of record in this action.

3.  The following exhibits are attached to Defendant Bennett's Memorandum of Law In Support of Summary Judgment, dated February 12, 2004:

**Exhibit "A"**  Relevant portions of the Deposition of Leigh Bolick, dated July 8, 2003 and August 21, 2003;

**Exhibit "B"**  Leigh Bolick's employment offer letter, dated September 19, 2000;

**Exhibit "C"**  Relevant portions of the Deposition of Robert Byler, dated October 23, 2003;

**Exhibit "D"**  Relevant portions of the Deposition of John J. Bennett, dated October 30, 2003;

**Exhibit "E"**  Relevant portions of the Deposition of Martha F. Lametta, dated July 31, 2003;

**Exhibit "F"**  Leigh Bolick's termination letter, dated July 15, 2003;

**Exhibit "G"**  Relevant portions of the Deposition of Dennis Purkiss, dated February 3, 2004;

**Exhibit "H"**  Copies of judicial decisions bearing Lexis citations.

4. My review of the file in this action indicates that early in the litigation, Bennett told Plaintiff that her case against him was meritless.

5. Thereafter, Bennett further told Plaintiff that she should not pursue her claim against him. Bennett advised Plaintiff if she failed to withdraw this claim, Bennett would seek to recover the costs and fees incurred in defending against it.

Dated: New York, New York
February 12, 2004

                                                                                          Cindy Schmitt Minniti ct25495

Sworn to before me this
12th day of February, 2004

_____
Notary Public
YVONNE WILLIAMS
Notary Public, State of New York
No. 43-4780572
Qualified in Queens County
Commission Expires Nov. 30, 2005