UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEIGH BOLICK,
    Plaintiff

vs.

ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY,
JOHN J. BENNETT, AND
ROBERT D. BYLER,
    Defendants

CIVIL ACTION NO.
3:03CV165(PCD)

March 8, 2004

FILED
MAR 26  11 33 AM '04
DISTRICT COURT
NEW HAVEN, CONN.

## AFFIDAVIT OF LEIGH BOLICK

I, Leigh Bolick, being of full age and understanding the obligations of an oath do depose and say:

1. I am the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit 8 is a true and exact copy of the offer letter and attached "Remuneration Approach" document that I signed on September 9, 2000.

3. Attached as Exhibit 10 is a true and exact copy of AAR's Marketing Strategy document.

4. Attached as Exhibit 11 is a true and exact copy of the e-mail that I sent to John Bennett on December 21, 2001. It did not come back to me as "undeliverable".

5. Attached as Exhibit 13 are true and exact copies of e-mails exchanged between Marti Lametta, Len Goldberg, and my self in June, 2002.

6. Attached as Exhibit 14 is a true and exact copy of the typed version of my handwritten notes (see Exh. 17), which I sent to Marti Lametta on January 16, 2002. I hereby incorporate the notes into this Affidavit.

7. Attached as Exhibit 17 are true and correct copies of handwritten notes that I made beginning in October 2000 regarding the events that occurred at Alea. I made the notes within 24 hours of the events happening. I hereby incorporate the notes into this Affidavit.

8. Attached as Exhibit 19 is a true and correct copy of typewritten notes I made in preparation for my meeting with Robert D. Byler on May 31, 2002. I hereby incorporate the notes into this Affidavit.

9. I did not receive a copy of the undated Remuneration Philosophy memorandum attached to my offer letter in Exhibit B of Defendant's Memorandum of Law.

10. Following my complaints to Robert Byler and Marti Lametta in November and December, 2000, and my refusal to be intimate with him on the road, Bennett refused to train me in the alternative risk business, failed to assist me in preparing for conventions, refused to introduce me to appropriate contact people at the conventions, did not invite me to management meetings at Alea, was verbally abusive and intimidating to me, attempted to isolate me from others in the office telling me that nobody liked me and becoming furious with me if I spoke with anyone, especially Robert Byler.

11. I got along with the underwriters, including Vance Sawamurra. I am unaware of any complaints from clients regarding me whatsoever.

_____
Leigh Bolick

Subscribed and sworn to before
me this 8th day of March, 2004.

_____
Barbara E. Gardner
Commissioner of the Superior Court

3