UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 26  11 31 AM '04

U.S DISTRICT COURT
NEW HAVEN CONN.

| | |
|---|---|
| **LEIGH BOLICK,** | : AFFIDAVIT OF<br>: CINDY SCHMITT MINNITI |
| **Plaintiff,** | : IN FURTHER SUPPORT OF<br>: DEFENDANT JOHN J.<br>: BENNETT'S MOTION |
| v. | : FOR SUMMARY JUDGMENT |
| **ALEA GROUP HOLDING, LTD., ALEA**<br>**NORTH AMERICA COMPANY, JOHN J.**<br>**BENNETT, AND ROBERT D. BYLER** | : CIVIL ACTION NO.<br>: 3:03 CV 165 (PCD)<br>:<br>: MARCH 23, 2004 |
| **Defendants.** | : |

**STATE OF NEW YORK   )**

)ss.:

**COUNTY OF NEW YORK)**

**The undersigned, having been duly sworn, hereby deposes and says:**

1. I am admitted *pro hac vice* to practice before this Court for the purposes of the above-captioned matter. I am associated with the law firm of Reed Smith, counsel for Defendant John J. Bennett ("Bennett"). I make this statement based upon my personal knowledge and a review of the file in the instant matter.

2. I hereby certify that the documents attached as Exhibits to the Reply Memorandum of Law in Further Support of Defendant Bennett's Motion for Summary Judgment, dated March 23, 2004, are true copies of the original excerpts of deposition transcripts taken in this action.

3. The following exhibits are attached to Defendant Bennett's Reply Memorandum of Law In Further Support of Summary Judgment, dated March 23, 2004:

> **Exhibit "I"** Relevant portions of the Deposition of Leigh Bolick, dated July 8, 2003 and August 21, 2003;
>
> **Exhibit "J"** Relevant portions of the Deposition of John J. Bennett, dated October 30, 2003;
>
> **Exhibit "K"** Relevant portions of the Deposition of Robert Byler, dated October 23, 2003;
>
> **Exhibit "L"** Relevant portions of the Deposition of Martha F. Lametta, dated July 31, 2003;
>
> **Exhibit "M"** Copy of a judicial decision bearing Lexis citation.

Dated: New York, New York
March 24, 2004

*Cindy Schmitt Minniti*
Cindy Schmitt Minniti ct25495

Sworn to before me this
23rd day of March, 2004

*Yvonne Williams*
Notary Public
YVONNE WILLIAMS
Notary Public, State of New York
No. 43-4780572
Qualified in Queens County
Commission Expires Nov. 30, 2005

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

YVONNE WILLIAMS, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Queens, New York.

On the 23rd day of March, 2004, I caused to be served a true copy of an

AFFIDAVIT OF CINDY SCHMITT MINNITI IN FURTHER SUPPORT OF DEFENDANT JOHN J. BENNETT'S MOTION FOR SUMMARY JUDGMENT

by mailing the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901

Peter Gillespie
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880

YVONNE WILLIAMS

Sworn to before me this
23rd day of March, 2004

_____
Notary Public

DAVID L. WEISSMAN
Notary Public, State of New York
No. 31-5000645
Qualified in Nassau County
Commission Expires August 17, 2004

NYLIB-0222491.01-CSMINNIT
March 23, 2004 3:41 PM