UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, | : |
| | : |
| VS. | :   CASE NO. 3:03CV165 (PCD) |
| | : |
| ALEA GROUP HOLDINGS, LTD., ET AL. | : |

### ENDORSEMENT ORDER

The Defendants' Request for Extension on Page Limits, document no. 102, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 26th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court