# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, | : |
| | : |
| VS. | : CASE NO. 3:03CV165 (PCD) |
| | : |
| ALEA GROUP HOLDINGS, LTD., ET AL. | : |

## ENDORSEMENT ORDER

The Plaintiff's Request for Extension of Page Limits, document no. 95, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 26th day of March, 2004.

                                        /s/
                               Peter C. Dorsey, U.S. District Judge
                               United States District Court