UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Leigh BOLICK,
    Plaintiff
vs.

Civil No. 3:03cv165 (PCD)

ALEA GROUP HOLDINGS LTD., ALEA
NORTH AMERICA COMPANY, John
J. BENNETT, and Robert D. BYLER,
    Defendants.

### ORDER

Defendants' Motion for Leave to Supplement [Doc. No. 121] is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, March 22, 2005.

———————————————
Peter C. Dorsey, U.S. District Judge
United States District Court