UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | April 11, 2005 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Plaintiff, Leigh Bolick, pursuant to L.Civ.R.7(c), respectfully requests that the court reconsider its decision granting summary judgment in favor of defendants on plaintiff's Title VII hostile environment claims, as to alleged adverse actions under her retaliation claims, and as to certain claims against John Bennett.

As grounds for this motion, plaintiff relies on the attached Memorandum of Law.

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 11th day of April, 2005, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

_____
Barbara E. Gardner