UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | April 11, 2005 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF MOTION FOR RECONSIDERATION**

The Plaintiff, Leigh Bolick, pursuant to L.Civ.R.7(c), respectfully requests that the court reconsider its decision granting summary judgment on plaintiff's Title VII hostile environment claims, as to alleged adverse actions under her retaliation claims, and as to certain claims against John Bennett for the following reasons.

**I. Defendants ANAC and Byler's Motions**

    **A.**    **Tangible Employment Action**

Plaintiff asks the Court to reconsider that there was no tangible employment action so as to impute liability to the employer. Plaintiff maintains that there was a tangible employment action, even if it culminated after Bennett's departure. The plaintiff asks the Court to consider that the negative comments on plaintiff's performance made by Bennett to Byler constitute a tangible employment action. Plaintiff also asks the court to reconsider that there was no connection between Bennett's threats and the eventual tangible employment action instituted by