UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
| Defendants | : | April 8, 2005 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff, pursuant to D.Conn. Local R. Civ. P. 7 (c), respectfully requests a modification of the deadlines in the Trial Preparation Order.  Specifically, plaintiff requests an extension of the deadlines for thirty days, or an extension of time to allow the parties to be referred to a magistrate for purposes of settlement.  Good cause for this request exists based on the following:

1) The Court has not decided a discovery motion (i.e. whether or not defendant will be required to produce documents reviewed *in camera* by the court), which may affect, for example, the list of trial exhibits.

2) Plaintiff's counsel is a solo and during the week of April 11 has mediations scheduled on April 11 and 12 before Magistrate Judge Smith in the cases Stitt vs. Connecticut College 3:04CV00577 (CFD) and Armstrong vs. DSS et al. 3:02CV2264 (AVC).  On April 14 plaintiff's counsel has a deposition of the plaintiff in the case of Taravella vs. Town of Wolcott et al., 3:04CV895 (CFD).

3) Plaintiff's counsel has a prepaid vacation scheduled during the week of April 25 during which time she will be out of the country.

4) This matter has never been referred to a magistrate for a settlement conference, although the parties so requested in their Rule 26 scheduling report.  Plaintiff's counsel respectfully requests that if the court intends to refer the case to a magistrate that it do so prior to the preparation of the Trial Preparation Order, which will require the expenditure of substantial legal fees.

For the foregoing reasons, the undersigned represents that she will be unable to meet the deadlines currently set forth in the Trial Preparation Order, despite due diligence.  The undersigned requests a thirty day extension of the deadlines set forth in the Trial Preparation Order, or an extension until such time as the parties have met with a magistrate judge for settlement purposes.

This is the first request for an extension of time to prepare the Trial Preparation Order. Plaintiff has contacted Mary Gambardella and Cindy Schmitt Minniti, counsel for defendants, who object to this request.

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of April, 2005, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Barbara E. Gardner