IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK,** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD,** | : | |
| et al. | : | |
| Defendants. | : | APRIL 13, 2005 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON TRIAL SUBMISSION DEADLINES TO CONDUCT SETTLEMENT CONFERENCE

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC"), and Robert D. Byler ("Byler"), and on behalf of Defendant John Bennett (per consent of his current counsel) hereby respectfully submit their Objection to Plaintiff's Motion for Extension of Time for thirty days to comply with Trial Memoranda deadlines. Plaintiff further contends that additional time may be necessary in order to refer the matter to a Magistrate Judge for a settlement conference.

Defendants initially seek to correct the impression the Motion gives that this matter has never been "referred" for settlement discussions. While it is true the parties have not before appeared before a Magistrate Judge for such purpose, an early settlement conference before a ParaJudicial Officer was indeed conducted early in the litigation. This conference was the Court's response to the request contained in the Report of Parties' Planning Meeting.

Second, based on the settlement demands made by Plaintiff during that ParaJudicial Conference, and otherwise prior to the Court's ruling on the Motion for Summary Judgment, the Defendants contend that a settlement conference would not be constructive. Defendants further assert that the request for such a conference is disingenuous, and made merely to delay the trial submission deadlines. In fact, the undersigned twice attempted to contact Plaintiff's counsel to inquire as to the Plaintiff's current settlement posture before agreeing to such a conference to ascertain the likelihood of settlement. No response has been received. Furthermore, the Plaintiff was advised that Defendants object to the request in the absence of a response from Plaintiff which would suggest settlement discussions would likely result in an actual settlement.

In short, while Defendants do not intend to object to a reasonable extension of time to accommodate counsel's other commitments and vacation, they do not agree to delay trial deadlines to schedule a settlement conference at this time, nor do they agree that more than a thirty (30) day extension is necessary based on Plaintiff's Motion.

**WHEREFORE**, the Defendants respectfully request the Motion for Extension of Time, beyond granting an extension for 30 days, be granted.

                                    **EPSTEIN BECKER & GREEN, P.C.**
                                    Attorneys for Defendants
                                    Alea Group Holdings, Ltd., Alea North
                                    America Company, and Robert D. Byler

By:_____
    Mary A. Gambardella
    Federal Bar No. ct05386
    One Landmark Square, Suite 1800
    Stamford, CT  06901-2601
    (203) 348-3737

        and

    Barry Asen
    Federal Bar #ct24527
    Counsel Pro Hac Vice
    250 Park Avenue
    New York, New York  10177
    (212) 351-4500

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid, this 13th day of April, 2005 to counsel of record as follows:

>Barbara Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT  06040
>*Counsel for the Plaintiff*
>[Via Overnight Mail Delivery}
>
>Peter E. Gillespie, Esq.
>46 Riverside Avenue
>P.O. Box 3416
>Westport, CT 06880
>*Counsel for Defendant John Bennett*
>
>David L. Weissman, Esq.
>Cindy S. Minniti, Esq.
>Reed Smith LLP
>559 Lexington Avenue, 29th FL.
>New York, NY 10022
>*Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella