## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Leigh BOLICK,            :<br>    Plaintiff       :<br>  vs.                         :<br>                                      :<br>ALEA GROUP HOLDINGS LTD., ALEA  :<br>NORTH AMERICA COMPANY, John :<br>J. BENNETT, and Robert D. BYLER,  :<br>    Defendants.    : | Civil No. 3:03cv165 (PCD) |

## **ORDER RE: IN CAMERA REVIEW OF POTENTIALLY PRIVILEGED DOCUMENTS**

Having reviewed the documents submitted by Defendants Alea, ANAC, and Byler, the claims of privileged are sustained except as to documents P0041, P0053, P0054, P0058, P0063, P0064, P0085, P0086, P0099, and P0103. Defendants are ordered to produce those documents on or before May 3, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, April  19 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court