## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | May 16, 2005 |

### NOTICE OF SERVICE

Plaintiff hereby gives notice that she has served the defendants with Compliance with Section A of the Trial Preparation Order in the above matter as of this date.

                                              THE PLAINTIFF, LEIGH BOLICK

                                              _____
                                              Barbara E. Gardner
                                              CT07623
                                              843 Main St., Suite 1-4
                                              Manchester, CT 06040
                                              (860)643-5543
                                              (860)645-9554(fax)
                                              Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 16th day of May, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Saundra Yaklin, Esq.
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

_____
Barbara E. Gardner