IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | ) | Civil No.: 3:03 CV 165 (PCD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEA GROUP HOLDINGS, LTD., | ) | MAY 17, 2005 |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mary A. Gambardella, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendant, John Bennett, in addition to the appearances already on file herein. Copies of all papers and communications in this matter directed to Mr. Bennett should therefore be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601, in addition to Cindy Schmitt Minniti, Esquire, of ReedSmith LLP.

        **EPSTEIN BECKER & GREEN, P.C.**
        Attorneys for Defendants,

    By:_____
        Mary A. Gambardella, Esq.
        Federal Bar No. ct05386
        One Landmark Square, Suite 1800
        Stamford, CT 06901-2601
        (203) 348-3737
        Fax (203) 324-9291
        mgambard@ebglaw.com

NY553483

2

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was sent via U.S. Mail, postage prepaid, this 17th day of May, 2005 to:

>Barbara E. Gardner, Esq.
>843 Main St., Suite 1-4
>Manchester, CT  06040
>
>Cindy Schmitt Minniti, Esq.
>ReedSmith LLP
>599 Lexington Ave., 29th Floor
>New York, NY  10022

_____
Mary A. Gambardella