## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK,** | ) | **Civil Action No.:** |
| | ) | **3:03 CV 165 (PCD)** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALEA GROUP HOLDINGS, LTD.,** | ) | |
| **ALEA NORTH AMERICA COMPANY,** | ) | |
| **JOHN J. BENNETT, and ROBERT D.** | ) | |
| **BYLER,** | ) | |
| **Defendants.** | ) | **MAY 17, 2005** |

### REQUEST FOR EARLY PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that the Defendants, Alea Group Holdings, Ltd., Alea North America Company, John Bennett, and Robert D. Byler, respectfully request that the Court schedule an early pre-trial conference in this matter.

The primary reason for this request is that based on Plaintiff's Trial Preparation Order, Section A, dated May 15, it is clear that the Defendants will be compelled to file a number of Motions in Limine. Specifically, based on her submission, Plaintiff obviously intends to attempt to introduce evidence by way of witnesses and/or documents probative only of matters dismissed by this Court in its ruling on Defendants' Motion for Summary Judgment.

Defendants hope to reduce the need for as many Motions in Limine as possible by having the Court resolve disputes during an early, pre-trial conference.

**WHEREFORE**, Defendants respectfully request that this Court schedule an early pre-trial conference to attempt to resolve evidentiary disputes between the parties.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants,


By:_____
            Mary A. Gambardella, Esq.
            Federal Bar No. ct05386
            One Landmark Square, Suite 1800
            Stamford, CT  06901-2601
            (203) 348-3737
            (203) 324-9291 (fax)
            mgambard@ebglaw.com

## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the foregoing Request for Early Pre-Trial Conference was sent via U.S. Mail, postage prepaid, this 17th day of May, 2005 to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040
Counsel for Plaintiff

Cindy Schmitt Minniti, Esq.
ReedSmith LLP
599 Lexington Ave., 29th Floor
New York, NY  10022
Co-counsel for Defendant, John Bennett


_____
Mary A. Gambardella