IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LEIGH BOLICK** | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **ALEA GROUP HOLDINGS, LTD.** | : | |
| et al. | : | |
| Defendants. | : | May 27, 2005 |

**CERTIFICATION OF SERVICE OF DEFENDANTS'**
**COMPLIANCE WITH TRIAL PREPARATION ORDER-PART B**

Defendants to the above-captioned matter hereby certify that a copy of the following were served on all counsel of record by regular mail, postage prepaid, this 30th day of May, 2005

1. Defendants' Compliance with Trial Preparation Order-Part B;

2. Certification of Service of the same.

**THE DEFENDANTS,**

By:_____

    Mary A. Gambardella
    Federal Bar No. #ct05386
    Epstein Becker & Green, P.C.
    One Landmark Square, Suite 1800
    Stamford, CT  06901-2601
    (203) 348-3737
    (203) 324-9291
    mgambard@ebglaw.com
       and
    Barry Asen
    Federal Bar #ct24527
    Counsel Pro Hac Vice
    Epstein Becker & Green, P.C.
    250 Park Avenue
    New York, New York  10177
    (212) 351-4500
    basen@ebglaw.com

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Certification was mailed via regular mail, postage prepaid, to all counsel of record on the 27th day of May, 2005 as follows.

Barbara Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040
*Counsel for the Plaintiff*

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
*Co-counsel for Defendant John Bennett*

David L. Weissman, Esq.
Cindy Schmitt Minniti, Esq.
ReedSmith LLP
599 Lexington Avenue, 29th FL.
New York, NY 10022
*Co-counsel Pro Hac Vice for Defendant John Bennett*

_____

Mary A. Gambardella