UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | June 3, 2005 |

**PLAINTIFF'S REQUEST FOR PERMISSION TO ADD
EXHIBIT TO TRIAL PREPARATION ORDER, SECTION A, EXHIBIT LIST**

Plaintiff requests permission to add an Exhibit to the Trial Preparation Order, Section A, out of time. Plaintiff's compliance with Section A was served on opposing counsel on May 16, 2005. On May 27, the undersigned notified opposing counsel that the plaintiff wished to add an exhibit to the exhibit list and to clarify that another exhibit included an attachment. Although opposing counsel had no objection to the clarification, she objected to the listing of an additional exhibit out of time. The additional exhibit is a salary survey prepared by Marti Lametta and provided to management while plaintiff was employed by defendant. It is relevant to plaintiff's equal protection claim and her retaliation claim in that it shows that plaintiff was treated differently than her peers in terms of her pay. The exhibit was inadvertently omitted from the original Exhibit list. Defendant is not prejudiced by the delay in citing this exhibit. The exhibit was provided to plaintiff by defendant in discovery. Plaintiff has provided the proposed amended Section A to defendants.

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of June, 2005, to:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti
Reed Smith, LLP
599 Lexington Ave.
29th Floor
New York, NY 10022

_____
Barbara E. Gardner

2