*[Items 1 through 13 are relevant to the Equal Pay Act claim.]*

14. E-mail communications between Byler and Bolick regarding April 2002 "captive" conference

15. Byler notes regarding retaliation complaint

16. Interoffice Memo dated June 21, 2002 from Leonard Goldberg to Leigh Bolick

17. Lametta handwritten and typewritten notes of investigation regarding retaliation complaint against Byler

18. E-mail communications dating between 6/10/02 and 7/16/02 between Bolick, Lametta, and Goldberg regarding retaliation complaint against Byler

19. Goldberg investigation notes regarding Bolick's retaliation complaint against Byler

*[Items 14 through 19 are relevant to Bolick's retaliation claims]*

20. Resume/Curriculum Vitae of Dr. Harry Adamakos

21. Report of Dr. Harry Adamakos and documents on which he relied

22. Notes of Dr. Steven A. Kagel, Ph.D.

23. Judgment of Divorce between Thomas Bolick and Leigh Bolick

24. Petition for Divorce between Thomas Bolick and Leigh Bolick

25. Social worker report from Bolick's prior divorce proceeding in 1996

26. Sworn answers to interrogatories by Bolick in prior divorce proceeding

27. Cody Saiz – choice of custodial parent in 1997

*[Items 20 through 27 are relevant to Bolick's claim for emotional distress damages]*

28. Excerpts from the transcript of Deposition of Leigh Bolick

*[Relevant to all claims]*

                    **EPSTEIN BECKER & GREEN, P.C.**
                    Attorneys for Defendants,

By: _____
                    Mary A. Gambardella, Esq.
                    Federal Bar No. ct05386
                    One Landmark Square, Suite 1800
                    Stamford, CT 06901-2601
                    (203) 348-3737
                    (203) 324-9291 (fax)
                    mgambard@ebglaw.com

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. Mail, postage prepaid, this 27th day of May, 2005 to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040

Peter E. Gillespie, Esq.
46 Riverside Avenue
P.O. Box 3416
Westport, CT 06880
*Co-Counsel for Defendant John Bennett*

David L. Weissman, Esq.
Cindy Schmidt Minitti, Esq.
ReedSmith LLP
599 Lexington Avenue, 29th FL.
New York, NY 10022
*Co-Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella