# Harry Adamakos, Ph.D.
2157 North Avenue
Bridgeport, CT 06604
(203) 335-0345

## Education

| | |
|---|---|
| Doctor of Philosophy, 1987<br>Psychology | Bowling Green State University, Bowling Green, Ohio<br>(APA Approved) |
| 8/86-8/87<br>Internship | Fairfield Hills Hospital; Children's Psychiatric Services Center<br>(APA Approved); Newtown & Bridgeport, Connecticut |
| Master of Arts, 1984<br>Psychology | Bowling Green State University, Bowling Green, Ohio<br>(APA Approved) |
| Bachelor of Science, 1981<br>Psychology | Union College, Schenectady, New York<br>Cum Laude, Honors<br>Distinguished Student in Psychology |

## Work Experience

**1/90-present** — **Independent Practitioner**
2157 North Avenue, Bridgeport, Connecticut, 06604

Psychology practice with a specialty in children, adolescents, and families. Extensive psychodiagnostic and psycho-educational evaluation work. Individual and family psychotherapy. Consultation services provided to mental health agencies and schools. Considerable experience as expert witness and court-appointed evaluator for custody/visitation matters.

**1/88-present** — **Adjunct Professor**
Graduate School of Education and Allied Professions, Department of Psychology, and the School of Continuing Education - Fairfield University, Fairfield, CT

Full teaching responsibilities for courses entitled, *Theories of Short-Term Psychotherapy, The Psychology of Personality, Applications of Personality Theory - Treatment Models for School-Aged Children, General Psychology, Theories of Child Psychotherapy, Human Development,* and *Psychological Assessment II.*

**8/90-8/91** — **Assistant Professor**
Psychology Department - Western Connecticut State University, Danbury, CT

Full-time instructor of undergraduate *Clinical, Abnormal, Adolescent Development, Child Development,* and *Introductory* psychology courses. Program advisor for individuals majoring in psychology who were interested in clinical specialty.

**9/87-8/90** — **Psychologist, Crisis Coordinator**
Child Guidance Center of Greater Bridgeport, Inc. Bridgeport, CT

Psychotherapist for children, adolescents, and families in a community outpatient setting. Conducted full-battery psychological evaluations, including intellectual, educational, personality, and neuropsychological assessment. As Crisis Coordinator, helped to establish and maintain a 24-hour network of service between the local hospitals, psychiatric crisis unit, and the Child Guidance Center. This position required on-call hospital-based emergency evaluations for children, consultation to medical emergency room staff, triage, treatment planning, case management, and case assignment. Extensive case-management work and consultation with social work and medical staff.

## Other Activities

Consultant, Kids in Crisis, Greenwich, CT, 11/02 - present
Consultant, Family Reunification Center, Child Guidance Center of Greater Bridgeport, Inc., Bridgeport, CT, 10/01-9/03.
Consultant, Susanna Wesley School, Huntington, CT, 5/01-present.
Consultant, The Gingerbread House, LLC., Shelton, CT, 1/01-present.
Consultant, Children's Center for Supervised Visitation, 1/00-3/03.
Special Master, Middlesex County, Family Relations Court, Middletown, CT, 1/96-present.
Consultant, Exchange Club Center, Stamford, CT, 6/95-present.
Consultant, Stratford Community Services, Stratford, CT, 8/94-present.
Instructor, Parent University, Litchfield, CT, 4/98, 10/98.
Consultant, Bridgeport Student Health Centers, 9/96-12/98.
Consultant, Institute for Advancement & Integration of Persons with Disabilities, Bridgeport, CT, 3/94-12/97.
Consultant to Administrative Staff, Head Start, Danbury, CT, 1/92-6/93.
Chair Reviewer, Psi Chi Student Presentations, Eastern Psychological Association, New York, NY, 4/91.
Consultant, Cooperative Educational Services, Fairfield, CT, 9/89-7/90.
Assistant Director, Psychological Services Center, Bowling Green State University, Bowling Green, OH, 8/85-8/86.
Psychology Extern, Community Mental Health Center, Toledo, OH, 884-8/85.
Needs Assessor for Wood County Mental Health Board, Bowling Green, OH, 1984.
Psychology Trainee, Veteran's Administration Medical Center, Roseburg, OR, 5/84-8/84.
Supervisor, Nassau Center for the Developmentally Disabled, Woodbury, NY, 7/81-8/82.

## Honors, Awards, & Licenses

Diplomate, American Board of Forensic Examiners, Psychological Specialties, April, 1997 - present.
Diplomate, American Psychotherapy Association, December, 1997 - present.
Licensed in New York, April, 1992 - present.
Licensed in Connecticut, May, 1989 - present.
Bowling Green State University Fellowship, 1985-86.
John Lewis March Prize-Distinguished Student of Union College, 1981.
Phi Gamma Delta Educational Award, 1979-80.
Psi Chi Honor Society-Secretary/Treasurer, 1978-80.

## Affiliations

American Board of Forensic Examiners, DABFE
American Psychological Association
    Division of Psychologists in Independent Practice
American Psychotherapy Association
Connecticut Psychological Association
Eastern Psychological Association
New England Psychological Association
Prescribing Psychologist's Register

## Publications

Adamakos, H., Ryan, K., Ullman, D.G., Diaz, R., Pascoe, J.M., and Chessare, J. *Maternal Social Support as a Predictor of the Mother-Child Stress and Stimulation.* Child Abuse and Neglect, 10, 463-470, 1986.

Pargament, K., Brannick, M., Adamakos, H., Ensing, D., Keleman, L., Warren, R., Falgout, K., Cook, P., and Myers, J. *Indiscriminate Pro-religiousness: Conceptualization and Measurement.* Journal for the Scientific Study of Religion, 26, 182-200, 1987.

## Dissertation and Theses

Dissertation - *The Judgment of the Desirability of Potential Mates Based on Personality Traits*, November, 1986.

Master's Thesis - *The Inhibition of Sustained Visual Channels by the Excitation of Transient Visual Channels in Schizophrenics and Controls*, March, 1984.

Honors Thesis - *Machiavellianism and Juvenile Delinquency*, March, 1981.

# Presentations

Adamakos, H., *Children's Adjustment to Marital Conflict, Divorce, and Post-Divorce Conflict and the Psychological Evaluation as Informing the Process of Mediation.* Presented to the American Academy of Matrimonial Lawyers, Hamden, CT, May, 2003.

Adamakos, H. & Grenier, R., *Custody Studies: Family Relations vs. The Private Evaluator.* Presented to the Stamford-Norwalk Regional Bar Association. Stamford, CT, February, 2003.

Adamakos, H., *Suicide Prevention - A Workshop for High School Students.* Presented to Masuk High School. Monroe, CT, February, 2003.

Adamakos, H., *Successful Co-Parenting After Divorce.* Presented to New Beginnings Support Group, Greenfield Hill Congregational Church. Fairfield, CT, November, 2002.

Adamakos, H., *Dealing with Difficult Behaviors.* Presented to Easton Public Schools Special Services Parent Seminar Series. Easton, CT, January, 2002.

Adamakos, H. & Daigle, J., *Working Effectively with Family Relations in Divorce and Custody Cases.* Presented to the Connecticut Psychological Association. West Hartford, CT, September, 1997.

Adamakos, H., Gaetano, F., Parley, L., Welty, J., Andersen, D., and Ruben, K. *Advanced Seminar on Expert Witnesses in Matrimonial Cases - Psychologists.* Presented to the American Academy of Matrimonial Lawyers, Trumbull, CT, April, 1997.

Adamakos, H. *Custody Evaluations by Psychological Experts.* Stamford-Norwalk Bar Association, February, 1996.

Adamakos, H. *Fostering Emotional and Personality Growth in Disadvantaged Children.* Exchange Club Center for the Prevention of Child Abuse in Connecticut, Inc., Stamford, CT, June, 1995.

Adamakos, H. Attention Deficit, Learning Disabilities, and Emotional Disturbance in Children. Jewish Family Services, Bridgeport, CT, April, 1994.

Adamakos, H. *Fostering Ethnic Identity Development: The Teaching of Multicultural Diversity Utilizing a Humanistic and Person-Centered Approach.* Presented to the New England Psychological Association, Manchester, NH, October, 1993.

Adamakos, H. *Fatherhood in the 90's.* Child Care Connections, Brookfield, CT, November, 1992.

Adamakos, H. *Eriksonian Strategies Fostering Personality Growth.* Greenwich Board of Education, April, 1991.

Adamakos, H. *Development of a Therapeutic Educational Program: Psychology's Role.* Presented to the American Psychological Association. Boston, MA, August, 1990.

Adamakos, H. and Shemberg, K.M., *The Desirability Judgment of Potential Mates Based on Personality Traits.* Presented to The American Psychological Association. Boston, MA, August, 1990.

Adamakos, H. and Schuck, J. *Do Schizophrenics Really Have a Generalized Sensory Input Deficit?* Presented to the Midwestern Psychological Association. Chicago, IL, May, 1986.

Pargament, K., Brannick, M., Adamakos, H., Ensing, D., Keleman, L., Warren, R., and Falgout, K. *Community Psychology in the Church: A Data-based Consultation Program with Religious Congregations.* Symposium presented to the Midwestern Psychological Association. Chicago, IL, May, 1986.

Pargament, K., Brannick, M., Adamakos, H., Ensing, D., Keleman, L., Warren, R., Falgout, K., Cook, P., and Myers, J. *Indiscriminate Pro-Religiousness: Initial Validation Studies.* Presented to the American Psychological Association. Washington, DC, August, 1986.

Ryan, K., Adamakos, H., Ullman, D.G., Diaz, R., Pascoe, J.M., and Chessare, J. *Environmental Correlates of Infant Behavior and Later Development.* Presented to the Ohio Psychological Association, Columbus, OH, April, 1985.

Ryan, K., Ullman, D.G., Adamakos, H., Snyder, S., Pascoe, J.M., and Chessare, J. *Longitudinal Study of Maternal Social Support and Mother/Child Relationship Problems.* Presented to the Midwestern Psychological Association, Chicago, IL., May, 1986.

Ullman, D.G., Adamakos, H., Ryan, K., Snyder, S., Chessare, J., and Pascoe, J.M. *Longitudinal Research With Families At Risk for Child Development and Child Maltreatment Problems.* Symposium presented to the Midwestern Psychological Association, Chicago, IL, 1986.