# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

LEIGH BOLICK,

                 Plaintiff

vs.

ALEA GROUP HOLDINGS, LTD., ALEA
NORTH AMERICA COMPANY, JOHN J.
BENNETT, AND ROBERT D. BYLER,

                 Defendants

: CIVIL ACTION NO.
: 3:03 CV 165 (PCD)
:
:
:
:
:
:
:
:
:
: June 13, 2005

## SECTION C TRIAL PREPARATION ORDER COMPLIANCE

Attorneys who will try the case:

*For the Defendants:*

Mary A. Gambardella
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
Telephone: (203) 348-3737
Facsimile: (203) 324-9291

*For the Plaintiff:*
Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
Telephone: (860) 643-5543
Facsimile: (860) 645-9554

Type of Case:

       This is a jury case.

NY:576897v1

Basis for Federal Jurisdiction

Federal question by virtue of Title VII of the Civil Rights Act

Estimate of trial time required for the presentation of such party's case:

     Three to three and one half days.

No Agreement on Trial by Magistrate:

     The parties have not agreed to have the case tried by a United States Magistrate Judge.

Further Proceedings:

     Prior to trial, Defendants will file Motions in Limine due to disputes over admissible evidence in view of the Court's ruling on the Defendants' Summary Judgment motion.

Prospective Settlement:

     Settlement is <u>not</u> reasonably likely given Plaintiff's current settlement posture.

                ALEA GROUP HOLDINGS, LTD.,
                ALEA NORTH AMERICA COMPANY,
                JOHN J. BENNETT, and ROBERT D.
                BYLER,

      BY:_____
                Mary A. Gambardella, Esq.
                Federal Bar No. ct05386
                EPSTEIN BECKER & GREEN, P.C.
                One Landmark Square, Suite 1800
                Stamford, CT  06901-2601
                (203) 348-3737

# CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. Mail, postage prepaid, this 13th day of June, 2005 to:

> Barbara E. Gardner, Esq.
> 843 Main Street
> Suite 1-4
> Manchester, CT  06040
>
> Peter E. Gillespie, Esq.
> 46 Riverside Avenue
> P.O. Box 3416
> Westport, CT 06880
> *Co-Counsel for Defendant John Bennett*
>
> David L. Weissman, Esq.
> Cindy Schmidt Minitti, Esq.
> Reed Smith LLP
> 599 Lexington Avenue, 29th FL.
> New York, NY 10022
> *Co-Counsel Pro Hac Vice for Defendant John Bennett*

_____
Mary A. Gambardella