UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
| Defendants | : | June 13, 2005 |

**PLAINTIFF'S PROPOSED JURY INTERROGATORIES**

Section One: Retaliation under Title VII

1. Do you find that Ms. Bolick has proven by a preponderance of the evidence that Alea North America Company violated Title VII by marginalizing her within the marketing department, and/or reducing her management responsibilities within the department in retaliation for complaining of sexual harassment discrimination and/or filing a charge of sexual harassment discrimination?

   _____Yes   _____No

2. If you answered "yes" to Question 1, what is the total amount of damages you award to Ms. Bolick due to Alea's retaliation against her in violation of Title VII?

   $_____

Section Two: Retaliation under CFEPA

1. Do you find that Ms. Bolick has proven by a preponderance of the evidence that ANAC and/or Robert Byler violated the Connecticut Fair Employment Practices Act (CFEPA) by marginalizing her within the marketing department, and/or reducing her management responsibilities within the department in retaliation for complaining of sexual harassment discrimination and/or filing a charge of sexual harassment discrimination?

_____Yes _____No

2. If you answered "yes" to Question 1, what is the total amount of damages you award to Ms. Bolick due to ANAC's and/or Byler's retaliation against her in violation of CFEPA?

    $_____

3. Do you find that Ms. Bolick has proven by a preponderance of the evidence that John Bennett violated the CFEPA by making negative statements during the investigation of plaintiff's sexual harassment discrimination complaint?

    _____Yes _____No

4. If you answered "yes" to Question 3, what is the total amount of damages you award to Ms. Bolick due to John Bennett's retaliation against her in violation of CFEPA?

    $_____

Section Three: Aiding and Abetting under CFEPA

1. Do you find that Ms. Bolick has proven by a preponderance of the evidence that John Bennett violated CFEPA by aiding and abetting ANAC's retaliatory conduct, or attempting to do so, by making negative statements during the investigation of plaintiff's sexual harassment discrimination complaint?

    _____Yes _____No

2. If you answered "yes" to Question 1, what is the total amount of damages you award to Ms. Bolick due to John Bennett's aiding and abetting in retaliatory conduct, or attempting to do so?

    $_____

Section Four: Punitive Damages

1. Do you find by a preponderance of the evidence that the acts or omissions of ANAC were

      done maliciously or with reckless indifference to Ms. Bolick's rights?

      _____Yes _____No

2.    If you have answered "Yes" to Question 1, what is the amount of punitive damages you award?

      $_____

Section Five: Equal Pay Act

1.    Has the defendant proven by a preponderance of the evidence that it paid Ms. Bolick different wages than males in her position pursuant to a differential based on a factor other than sex.

      _____Yes _____No

Plaintiff reserves the right to supplement or amend the proposed jury interrogatories.

      THE PLAINTIFF, LEIGH BOLICK

      _____
      Barbara E. Gardner
      CT07623
      843 Main St., Suite 1-4
      Manchester, CT 06040
      (860)643-5543
      (860)645-9554(fax)
      Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of June, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti, Esq.
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

_____
Barbara E. Gardner