UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | June 13, 2005 |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you know or have you read or heard anything about this case, the Plaintiff or Defendants, or any of their lawyers?

2. Have you, or anyone else close to you, ever sued anyone or been sued by anyone else? If so, please explain.

3. Is there anyone here who would prefer not to be on a jury in a case in which a former employee is suing his former employer? If so, please explain.

4. The plaintiff alleges that she was retaliated against because she complained of discrimination. She further alleges that she did not receive equal pay for doing the same job as a man. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

5. Does anyone feel for any reason that a person who believes they have been discriminated against and treated unfairly should not bring a lawsuit against his or

her former employer? If so, please explain.

6. Is there anyone here that feels he or she could not follow the law on discrimination, as instructed by the Court?

7. Has anyone here ever been involved in any way with (1) a discrimination case, or (2) a case involving a claim of emotional distress? If so, please explain.

8. What is your occupation? Have you or anyone close to you ever been employed by the Defendant?

9. Would any of you tend to give greater weight to the statements of an employer simply because it is the employer?

10. Have you or anyone else close to you ever been accused of discriminating against an employee? What happened?

11. Plaintiff alleges that she suffered emotional distress as a result of Defendant's conduct. Would any of you have difficulty awarding money damages to compensate Plaintiff for her emotional distress if the evidence and the law warrant such an award?

12. Do you or anyone close to you own a business or company? If so, have you or that other person ever been sued or had a complaint filed against you or the other person by someone who claimed he or she had been discriminated against? If so, what happened?

13.     Plaintiff has collected disability benefits for a period of time following her employment with the defendant. Is there any reason why that fact would make it difficult for you to be completely neutral and fair in deciding this case if you are chosen to serve on the jury?

        THE PLAINTIFF, LEIGH BOLICK

        _____
        Barbara E. Gardner
        CT07623
        843 Main St., Suite 1-4
        Manchester, CT 06040
        (860)643-5543
        (860)645-9554(fax)
        Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of June, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti, Esq.
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

_____
Barbara E. Gardner