UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | June 13, 2005 |

**SECTION C TRIAL PREPARATION ORDER COMPLIANCE**

1.  Barbara E. Gardner
    843 Main St., Suite 1-4
    Manchester, CT 06040
    (860)643-5543
    (860)645-9554 (fax)
    bg@bgardnerlaw.com

2.  This is a jury case.

3.  Plaintiff's will require three to four days to present her case.

4.  The parties have not agreed to have the case tried by the Magistrate Judge.

5.  Plaintiff intends to file Motions in Limine as to certain evidence defendants seek to admit and a Rule 37 Motion regarding certain documents that were not provided in response to the Court's Ruling on Plaintiff's Motion to Compel dated January 13, 2004.

6.  Settlement, assisted by a settlement conference is not reasonably likely, although plaintiff is willing to participate in a settlement conference with the Magistrate Judge.

7.  Jurisdiction is based on 28 U.S.C. §1331, 42 U.S.C. 2000e-5(f)(3), and 28 U.S.C. §1367.

8.  Plaintiff claims retaliation under Title VII and CFEPA as to all defendants and aiding and abetting under CFEPA as to Bennett. Plaintiff seeks compensatory, front pay and

punitive damages. This includes lost future earning capacity. Plaintiff further claims violation of the Equal Pay Act and seeks back pay and liquidated damages.

9. Proposed Voir Dire Questions - see attached.

10. Plaintiff requests permission to make an opening statement pursuant to D.Conn. Local Rule Civ. P. 83.4.

11. Requests for Jury Charge and Verdict Form - see attached.

           THE PLAINTIFF, LEIGH BOLICK

           _____
           Barbara E. Gardner
           CT07623
           843 Main St., Suite 1-4
           Manchester, CT 06040
           (860)643-5543
           (860)645-9554(fax)
           Bg@bgardnerlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of June, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Cindy Schmitt Minniti, Esq.
ReedSmith LLP
599 Lexington Ave., 29th FL.
New York, NY 10022

                                                             _____
                                                             Barbara E. Gardner

4

Case 3:03-cv-00165-PCD     Document 150     Filed 06/14/2005     Page 4 of 4