**ORIGINAL**

*FILED*

*2005 JUN 23 A 9: 14*

*U.S. DISTRICT COURT*
*NEW HAVEN, CT*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| v. | : ARGUMENT NOT REQUESTED |
| ALEA GROUP HOLDING, Ltd., ET AL., | : |
| Defendants. | : JUNE 22, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned respectfully moves to withdraw the appearance which she entered in November, 2003 on behalf of the individual Defendant, JOHN J. BENNETT.

In the intervening time, Attorney Mary A. Gambardella, attorney for Defendants Alea Group Holding, Ltd., North America Company and Robert D. Byler, has appeared on behalf of Defendant Bennett and has agreed to represent him at the trial of this matter. In light of Ms. Gambardella's representation of Defendant Bennett, the undersigned requests that her request to withdraw be granted.

As required by the Local Rule a copy of this motion has been sent to Defendant Bennett by sending it to his attorney, Ms. Gambardella, who agreed to receive this motion in his behalf. The motion was transmitted by certified mail, as required.

Dated:   New York, New York
         June 22, 2005

                                Reed Smith LLP

                                By: *Cindy Schmitt Minniti*
                                Cindy Schmitt Minniti ct25495
                                599 Lexington Avenue, 29th Fl.
                                New York, NY 10022
                                P: (212) 521-5436
                                F: (212) 521-5450
                                cminniti@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion to withdraw appearance was served by certified mail, return receipt requested, postage pre-paid, this 22nd day of June, 2005 upon the following:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901

Peter E. Gillespie, Esq.
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880

John J. Bennett
c/o Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901
(By Certified Mail R/R/R)

Cindy Schmitt Minniti ct25495