ORIGINAL
FILED
2005 JUN 23 A 9: 14
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>　　　Plaintiff, | CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| v. | ARGUMENT NOT REQUESTED |
| ALEA GROUP HOLDING, Ltd.,<br>ET AL.,<br>　　　Defendants. | JUNE 22, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned respectfully moves to withdraw the appearance which he entered in April, 2003 on behalf of the individual Defendant, JOHN J. BENNETT.

In the intervening time, Attorney Mary A. Gambardella, attorney for Defendants Alea Group Holding, Ltd., North America Company and Robert D. Byler, has appeared on behalf of Defendant Bennett and has agreed to represent him at the trial of this matter. In light of Ms. Gambardella's representation of Defendant Bennett, the undersigned requests that his request to withdraw be granted.

As required by the Local Rule a copy of this motion has been sent to Defendant Bennett by sending it to his attorney, Ms. Gambardella, who agreed to receive this motion in his behalf. The motion was transmitted by certified mail, as required.

Dated:   New York, New York
         June 22, 2005

                                        Reed Smith LLP

                                        By: *David L. Weissman* (signature)
                                        David L. Weissman ct24702
                                        599 Lexington Avenue, 29th Fl.
                                        New York, NY 10022
                                        P: (212) 521-5436
                                        F: (212) 521-5450
                                        dweissman@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion to withdraw appearance was served by certified mail, return receipt requested, postage pre-paid, this 22nd day of June, 2005 upon the following:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901

Peter E. Gillespie, Esq.
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880

John J. Bennett
c/o Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901
(By Certified Mail R/R/R)

David L. Weissman ct24702