UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| | : | |
| v. | : | |
| | : | |
| ALEA GROUP HOLDING, Ltd., | : | |
| ET AL., | : | JUNE 21, 2005 |
| Defendants. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned respectfully moves to withdraw the appearance which he entered in April, 2003 on behalf of the individual Defendant, JOHN J. BENNETT. After entering his own Appearance, the undersigned then moved for the admission of David L. Weissman and Saundra M. Yaklin, as visiting attorneys and thereafter acted as local counsel for them and later, for Cindy Schmitt Minniti as well.

In the intervening time Attorney Mary A. Gambardella has appeared on behalf of Defendant Bennett and has agreed to represent him at the trial of this

ARGUMENT NOT REQUESTED

matter. In light of Ms. Gambardella's representation of Defendant Bennett, the undersigned requests that his request to withdraw be granted. Counsel understands that Attorneys Weissman, Yaklin and Minniti are requesting to withdraw as well.

As required by the Local Rule a copy of this motion has been sent to Defendant Bennett by sending it to his attorney, Ms. Gambardella, who agreed to receive this motion in his behalf. The motion was transmitted by certified mail, as required.

By:_____
Peter E. Gillespie  (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
E-mail: Petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion for an extension was served by first class mail, postage pre-paid, this 21st day of June, 2005 upon the following:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein, Becker & Green
0ne Landmark Square – Suite 1800
Stamford, CT 06901

David L. Weissman, Esq.
Saundra M. Yaklin, Esq.
Cindy Schmidt Minniti, Esq.
ReedSmith
599 Lexington Avenue
New York, NY 10022-7650

John J. Bennett
c/o Mary A. Gambardella, Esq.
Epstein, Becker & Green
0ne Landmark Square – Suite 1800
Stamford, CT 06901
(By Certified Mail R/R/R)

_____
Peter E. Gillespie (ct06554)