**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>　　　Plaintiff, | CIVIL ACTION NO. 3:03 CV 165 (PCD) |
| v. | ARGUMENT NOT REQUESTED |
| ALEA GROUP HOLDING, Ltd.,<br>ET AL.,<br>　　　Defendants. | July 12, 2005 |

FILED 2005 JUL 13 A 11:05 U.S. DISTRICT COURT NEW HAVEN CT

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) the undersigned respectfully moves to withdraw the appearance which she entered in April, 2003 on behalf of the individual Defendant, JOHN J. BENNETT.

In the intervening time, Attorney Mary A. Gambardella, attorney for Defendants Alea Group Holding, Ltd., North America Company and Robert D. Byler, has appeared on behalf of Defendant Bennett and has agreed to represent him at the trial of this matter. In light of Ms. Gambardella's representation of Defendant Bennett, the undersigned requests that her request to withdraw be granted.

As required by the Local Rule a copy of this motion has been sent to Defendant Bennett by sending it to his attorney, Ms. Gambardella, who agreed to receive this motion in his behalf. The motion was transmitted by certified mail, as required.

Dated:   New York, New York
         July 12, 2005

*Saundra Yaklin*
Saundra M. Yaklin/ct24703
599 Lexington Avenue, 29th Fl.
New York, NY 10022
P: (212) 521-5400
F: (212) 521-5450

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion to withdraw appearance was served by mailing the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, this 12th day of July, 2005 upon the following:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Mary A. Gambardella, Esq.
Epstein; Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901

Peter E. Gillespie, Esq.
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880

John J. Bennett
c/o Mary A. Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square – Suite 1800
Stamford, CT 06901
(By Certified Mail R/R/R)

Saundra M. Yaklin ct24703