UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | August 5, 2005 |

**PLAINTIFF'S REQUEST FOR PERMISSION TO ADD
EXHIBITS TO TRIAL PREPARATION ORDER, SECTION A, EXHIBIT LIST**

Plaintiff requests permission to add three Exhibits to the Trial Preparation Order, Section A, out of time. Specifically plaintiff seeks to add the following Exhibits: 1) Time Line; 2) Organizational Chart; 3) Comparator Chart. Plaintiff's compliance with Section A was served on opposing counsel on May 16, 2005. In the course of preparing for trial, the undersigned counsel has prepared demonstrative exhibits, which plaintiff will seek to admit into evidence. Defendant is not prejudiced by the delay in citing these exhibits, since the information contained therein has been either testified to during discovery or contained in documents exchanged in discovery.

For the foregoing reasons, plaintiff respectfully requests that she be permitted to amend Section A of the Trial Preparation Order by adding three demonstrative exhibits.