IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | Civil Action No. 3:03CV165 (PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD, | : | |
| et al. | : | |
| Defendants. | : | AUGUST 8, 2005 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST FOR PERMISSION TO ADD EXHIBITS TO TRIAL PREPARATION ORDER, SECTION A, EXHIBIT LIST**

Defendants, Alea Group Holdings, Ltd. ("AGH"), Alea North America Company ("ANAC"), Robert D. Byler, and John Bennett, hereby respectfully submit their Objection to Plaintiff's Request for Permission to Add certain exhibits she prepared as "demonstrative exhibits" to her Exhibit List.

While Plaintiff claims no prejudice to Defendant will result, she does not provide copies of the proposed exhibits for review by Defendants so they can examine their accuracy, or to otherwise respond whether prejudice shall result. Further, Defendants contend that deadlines for the exhibit list are designed specifically so that the parties are not distracted by these issues when they should be preparing for trial. This is the second occasion on which Plaintiff has sought to add exhibits out of time; however, unlike the first occasion where the exhibits had already been exchanged during discovery, the Plaintiff seeks to add exhibits specially created by her counsel

for trial, purporting to "encompass" evidence already addressed, but never before seen by Defendants.

Consequently, the Defendants object to this Request in the absence of their ability to review the proposed, additional exhibits. Defendants further request an order that, absent extraordinary circumstances, Plaintiff should be prohibited from seeking to add further exhibits or witnesses prior to trial.

**WHEREFORE**, the Defendants respectfully request that this Court deny the Plaintiff's Request until such time as the Defendants are provided with copies of the proposed exhibits, and granted sufficient time to review their content and respond accordingly. Defendants further request an order that, absent extraordinary circumstances, Plaintiff be prohibited from adding further exhibits or witnesses to her trial submissions.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants

By: _/s/ Mary A. Gambardella_
Mary A. Gambardella
Federal Bar No. ct05386
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid, this 8th day of August, 2005 to counsel of record as follows:

Barbara Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040
*Counsel for the Plaintiff*

_____
Mary A. Gambardella