IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>            Plaintiff | : CIVIL ACTION NO.<br>: 3:03 CV 165 (PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD., ALEA NORTH AMERICA COMPANY, JOHN J. BENNETT, AND ROBERT D. BYLER, | |
|             Defendants | : September 23, 2005 |

## DEFENDANTS' MOTION FOR ADJOURNMENT OF JURY SELECTION DATE

Defendants to the above-captioned matter respectfully move to adjourn the October 4, 2005 date currently set for jury selection. The basis for such request is that the representative and key decisionmaker of Defendant ANAC, Michael Halsband, who is critical to assisting in the selection of jurors and strategy planning for the Defendants, is unavailable on that date due to religious observance of the Jewish High Holiday Rosh Hashanah. October 4, 2005 is the first day of Rosh Hashanah.

Plaintiff's counsel was contacted regarding such requested adjournment and stated that Plaintiff has no objection to the adjournment request. Defendants have not previously moved for adjournment of the October 4, 2005 jury selection date.

NY:744952v1

WHEREFORE, for the forgoing reason, the Defendants respectfully request that the jury selection date of October 4, 2005 be adjourned.

                                                  Respectfully Submitted,

                                                  ALEA GROUP HOLDINGS, LTD.,
                                                  ALEA NORTH AMERICA COMPANY,
                                                  JOHN  J.  BENNETT, and  ROBERT  D. BYLER,

BY: _____
                                           Mary A. Gambardella, Esq.
                                           Federal Bar No. ct05386
                                           EPSTEIN BECKER & GREEN, P.C.
                                           One Landmark Square, Suite 1800
                                           Stamford, CT  06901-2601
                                           (203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. Mail, postage prepaid, this 23rd day of September, 2005 to:

>Barbara E. Gardner, Esq.
>843 Main Street
>Suite 1-4
>Manchester, CT  06040

_____
Mary A. Gambardella