UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | September 27, 2005 |

**MOTION IN LIMINE**

The plaintiff, Leigh Bolick, submits this motion in limine to prohibit all evidence and testimony regarding settlement discussions, including a telephone conversation between the plaintiff and defendant John Bennett that took place in October, 2003, wherein plaintiff initiated a settlement discussion with John Bennett in order to explore settling the claims against him in this matter.  Offers to compromise a disputed claim are not admissible to prove invalidity of a claim. See Fed. R. Evid. 408.  Such evidence is not relevant to the matters to be tried, and the probative value of such evidence is substantially outweighed by the danger of undue prejudice that it presents. See Fed. R. Evid. 402, 403.

In support of this motion, plaintiff relies on the attached Memorandum of Law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of September, 2005, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

_____
Barbara E. Gardner