UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA GROUP HOLDINGS, LTD., | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | September 27, 2005 |

**MOTION IN LIMINE**

The plaintiff, Leigh Bolick, submits this motion in limine to prohibit all evidence and testimony regarding her divorce from Thom Bolick in August, 2000. Such evidence and testimony is not relevant to the matters to be tried and, in addition, the probative value of such evidence is substantially outweighed by the danger of undue prejudice that it presents, the potential to confuse and mislead the jury, and by considerations of waste of time. See Fed. R. Evid. 402, 403.

In support of this motion, plaintiff relies on the attached Memorandum of Law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of September, 2005, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

_____
Barbara E. Gardner