FILED

2005 OCT 11  A 9: 09

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>    Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>    Defendants | October 11, 2005 |

## APPEARANCE

To the Clerk of this Court and All Parties of Record:

    Please enter my appearance in this case for the Plaintiff, Leigh Bolick.

By _____
Jane B. Monahan (CT 05182)
18 North Main Street
West Hartford, CT 06107
Phone 860. 521.9525
Fax  860.521.6448
Jmonahan1@aol.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 11th day of October, 2005, to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

and

Cindy Schmitt Minniti
ReedSmith LLP
599 Lexinton Avenue
New York, NY 10022

By _____