IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | ) | Civil No.: 3:03 CV 165 (PCD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEA GROUP HOLDINGS, LTD., | ) | October 11, 2005 |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan M. Plissner, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendant, John Bennett, in addition to the appearances already on file herein.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants,

By:_____
Jonathan M. Plissner, Esq.
Federal Bar No. ct23773
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
Fax (203) 324-9291
jplissner@ebglaw.com

NY553483

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was sent via U.S. Mail, postage prepaid, this 11th day of October, 2005 to:

> Barbara E. Gardner, Esq.
> 843 Main St., Suite 1-4
> Manchester, CT  06040

_____
Jonathan M. Plissner

NY553483                              2