IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, ) | Civil No.: 3:03 CV 165 (PCD) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALEA GROUP HOLDINGS, LTD., ) | October 12, 2005 |
| ALEA NORTH AMERICA COMPANY, ) | |
| JOHN J. BENNETT, AND ) | |
| ROBERT D. BYLER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan M. Plissner, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for Defendant, Alea North America Company and Defendant Robert D. Byler, in addition to the appearances already on file herein.

                                                **EPSTEIN BECKER & GREEN, P.C.**
                                                Attorneys for Defendants,

                                          By:_____
                                               Jonathan M. Plissner, Esq.
                                               Federal Bar No. ct23773
                                             One Landmark Square, Suite 1800
                                             Stamford, CT 06901-2601
                                             (203) 348-3737
                                             Fax (203) 324-9291
                                             jplissner@ebglaw.com

NY:782569v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was sent via U.S. Mail, postage prepaid, this 12th day of October, 2005 to:

> Barbara E. Gardner, Esq.
> 843 Main St., Suite 1-4
> Manchester, CT  06040

_____
Jonathan M. Plissner

NY553483                                                                                          2