UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| JOHN J. BENNETT, AND | : | |
| ROBERT D. BYLER, | : | |
|     Defendants | : | October 12, 2005 |

**MOTION FOR PARTIAL DISMISSAL OF COMPLAINT**

    Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff moves for an Order dismissing her claim of retaliation and aiding and abetting under Conn. Gen. Stat. §46a-60 et seq. against the individual defendant Robert D. Byler with prejudice and without costs to either party.

                                            THE PLAINTIFF, LEIGH BOLICK

                                            _____
                                            Barbara E. Gardner
                                            CT07623
                                            843 Main St., Suite 1-4
                                            Manchester, CT 06040
                                            (860)643-5543
                                            (860)645-9554(fax)
                                            Bg@bgardnerlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was hand delivered on, this 14th day of October, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

_____
Barbara E. Gardner