FILED

2005 OCT 14 A 9: 41

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, | : CIVIL ACTION NO. |
| Plaintiff | : 3:03CV165(PCD) |
| vs. | : |
| ALEA GROUP HOLDINGS, LTD., | : |
| ALEA NORTH AMERICA COMPANY, | : |
| JOHN J. BENNETT, AND | : |
| ROBERT D. BYLER, | : |
| Defendants | : October 13, 2005 |

**PLAINTIFF'S REQUEST FOR PERMISSION TO ADD
EXHIBITS TO TRIAL PREPARATION ORDER, SECTION A, EXHIBIT LIST**

Plaintiff requests permission to add two Exhibits to the Trial Preparation Order, Section A, out of time. Specifically plaintiff seeks to add the following Exhibits: 1) Project Alea Document (Exh. 27); 2) E-mail from L. Bolick to M.Lametta dated April 4, 2002 (Exh. 28). Plaintiff's compliance with Section A was served on opposing counsel on May 16, 2005. In the course of preparing for trial, the undersigned counsel has decided to use these additional exhibits, which were exchanged in discovery. Defendant is not prejudiced by the delay in citing these exhibits, since the information contained therein has been available to the parties through discovery.

For the foregoing reasons, plaintiff respectfully requests that she be permitted to amend Section A of the Trial Preparation Order by adding three exhibits.

THE PLAINTIFF, LEIGH BOLICK

*Barbara E. Gardner*
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered on this 14th day of October, 2005, to:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Barbara E. Gardner