UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,<br>Plaintiff | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>Defendants | October 4, 2005 |

**PLAINTIFF'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY
WITH COURT ORDER ON MOTION TO COMPEL**

The plaintiff, pursuant to Fed. R. Civ. P. 37(b) moves for an Order compelling defendants salary for Vance Sawamurra as plaintiff's predecessor in the marketing department in or about August, 2002, or whenever he held such position. Plaintiff previously requested "salary information of all ANAC employees above Assistant Vice President". In its Ruling on Plaintiff's Motion to Compel, the court stated "to the extent that Plaintiff seeks discovery of salary information of other positions for purposes of comparison in line with the above cited standards, her Motion is granted." The standards referred to are for equal jobs performed under similar circumstances. Mr. Sawamurra was plaintiff's predecessor in the job she held in the marketing department of defendant. Despite plaintiff's request for the salary information of her predecessor in her position in the Marketing Department, defendant has refused to produce said information.

For the reasons set forth in the accompanying Memorandum of Law, plaintiff respectfully

requests that her Motion for Sanctions be granted.

THE PLAINTIFF, LEIGH BOLICK

*/s/ Barbara E. Gardner*
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 4th day of October, 2005 to the following counsel of record:

Mary A. Gambardella
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

*/s/ Barbara E. Gardner*
Barbara E. Gardner

2