UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
Oct 21        2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

LEIGH BOLICK,
      Plaintiff,

-vs-

      Civil No. 3:03cv165 (PCD)

ALEA NORTH AMERICA COMPANY
and JOHN J. BENNETT,
      Defendants.

## VERDICT FORM

**I. Retaliation under Title VII and CFEPA**

1. Do you find that plaintiff, Leigh Bolick, has proved by a preponderance of the evidence that she was retaliated against by defendant Alea North America Company ("ANAC") on the basis of her protected activity, in violation of Title VII and the Connecticut Fair Employment Practices Act ("CFEPA")?

    ____ Yes    ✓ No

2. Do you find that plaintiff, Leigh Bolick, has proved by a preponderance of the evidence that she was retaliated against by defendant John Bennett, directly or as an aider and abettor, on the basis of her protected activity, in violation of the CFEPA?

    ____ Yes    ✓ No

3. If you have answered Interrogatory 1 and/or 2 "Yes," do you find that defendant(s) proved that plaintiff failed to mitigate her damages?

    ____ Yes    ____ No

4. If you have answered Interrogatory 1 and/or 2 "Yes," what amount of compensatory damages has plaintiff proved were proximately caused by defendants' wrongful conduct, offset by any failure on the part of plaintiff to mitigate her damages?

1

$_____

5. If you have answered Interrogatories 1 <u>and</u> 2 "Yes" <u>and</u> if you have awarded plaintiff compensatory damages, what percentage of damages was due to defendant ANAC's conduct and what percentage was due to defendant Bennett's conduct, for a total of 100 percent?

    ANAC: _____ %        Bennett: _____ %

6. If you have answered Interrogatory 1 and/or 2 "Yes" and if plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claims you have found proved but did not find a proven amount of compensatory damages?

    $_____

## II. Punitive Damages

1. Do you find that plaintiff, Leigh Bolick, has proved by a preponderance of the evidence that any of defendant ANAC's acts or omissions which violated plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

    ____Yes    ____No

2. If you have answered Interrogatory 1 "Yes," what amount of punitive damages do you award?

    $_____

3. Do you find that plaintiff, Leigh Bolick, has proved by a preponderance of the evidence that any of defendant John Bennett's acts or omissions which violated plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

    ____Yes    ____No

4. If you have answered Interrogatory 3 "Yes," what amount of punitive damages do you award?

    $_____

III. **Equal Pay Act**

    1.    Do you find that the defendant, ANAC, has proved by a preponderance of the evidence that any differential in pay between plaintiff, Leigh Bolick, and the two male Vice Presidents in Marketing, Scott Roe and Jeffrey Alexander, was the result of a factor other than plaintiff's gender?

        __✓__ Yes       ____ No

    Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.

_____
                                  Foreperson

_____10/21/05_____
                                    Date