AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CT__

Leigh Bolick
v.
Alea No. American Co., et al

PLTF'S ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 03CV165 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | B. Gardner / J. Monahan | M. Gambardella |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/14/05 - | Falcone, Ecro | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/14/05 | | | Leigh Bolick, Annapolis, Md |
| ✓ | | 10/17/05 | | | Leigh Bolick |
| ✓ | | 10/18/05 | | | Leigh Bolick |
| ✓ | | 10/18/05 | | | Robert Byler, Unionville, CT |
| ✓ | | 10/18/05 | | | Barbara Gamble, Ph.D |
| ✓ | | 10/18/05 | | | Robert Byler |
| ✓ | | 10/19/05 | | | Robert Byler |
| ✓ | | 10/19/05 | | | Alfred Herzog, M.D., Glastonbury, CT |
| ✓ | | 10/19/05 | | | Sandra Duncan |
| ✓ | | 10/19/05 | | | John Bennett, Fairfield, CT |
| ✓ | | 10/19/05 | | | Leigh Bolick |
| ~~✓~~ | | ~~10/20/05~~ | | | ~~Scott D. Roe, Glastonbury, CT~~ |
| ✓ | | 10/20/05 | | | Marti Lametta |

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Oct 21, 2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages