UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
Oct 21                    2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

LEIGH BOLICK

VS.                                                  CIVIL 3:03 cv 165 (PCD)

ALEA NORTH AMERICAN CO., ET ALS

## PLAINTIFF'S EXHIBITS

**EXHIBIT NO.**

1   Offer letter dated 9/19/00 - FULL - 10/14/05

2   Memorandum (e-mail) from R. Byler to M. Lametta, re: budge 2002 salary increases - FULL - 10/18/05

3   AAR Marketing Strategy Document (5 pages) - FULL - 10/14/05

4   AAR Marketing Strategy Document - FULL - 10/17/05

5   AAR Franchise Strategy Statement

6   E-mail from Leigh Bolick to John Bennett dated 12/21/01 - FULL - 10/14/05

7   Letter from R. Byler to L. Bolick re: promotion dated 4/9/02 - FULL - 10/14/05

8   Investigation Notes of R. Byler - FULL - 10/18/05 - FULL - 10/19/05

9   Document entitled "Confidential" dated 6/6/02 - FULL - 10/20/05

10  E-mail exhange beginning 6/10/02 between M. Lametta and L. Bolick - FULL - 10/17/05

11  Memorandum to Leigh Bolick from Len Goldberg dated 6/21/02 - FULL - 10/17/05

12  Document entitled "Investigation" dated 6/18/02 - FULL - 10/20/05

13  Document entitled "Draft" re: investigation of Bolick retaliation complaint dated June 10, 2002 - FULL - 10/19/05

| | |
|---|---|
| 14 | Investigation Notes of Marti Lametta - FULL - 10/20/05 |
| 15 | Alea Annual Review 2001 |
| 16 | E-mail exchange between R. Byler & L. Bolick dated 4/24 - 4/25/02 - FULL - 10/14/05 |
| 17 | Offer letter Sandra Duncan, dated 1/17/02 |
| 18 | Offer letter Jeffrey Alexander dated 2/22/02 |
| 19 | Offer letter Scott D. Roe dated 1/28/02 |
| 20 | E-mail exchange between Byler and Bolick, January, 2002 (D0343) - FULL - 10/14/05 |
| 21 | E-mail from M. Lametta to L. Bolick dated 2/6/02 - FULL - 10/14/05 |
| 22 | E-mail from L. Goldberg to L. Bolick dated 7/16/02 - FULL - 10/17/05 |
| 23 | Salary Information as of 9/18/03 (DS100) |
| 24 | ANAC Financial Statement |
| 25 | Alfred Herzog, M.D., CV - FULL 10/19/05 |
| 26 | James Cohen, Ph.D. CV |
| 27 | Project Alea Document - Staff Members - FULL - 10/17/05 |
| 28 | E-mail from L. Bolick to M. Lametta dated 4/4/02 - FULL - 10/14/05 |
| 29 | Organizational Chart - FULL - 10/19/05 |
| 30 | Time Line |
| 31 | Documents - FULL - 10/18/05 |
| 32 | Copy of Order from District Court of Dallas County, TX - FULL - 10/17/05 |
| 33 | Sealed Exhibit - ID |