# United States District Court

DISTRICT OF __CT__

Leigh Bolick
v.
Alea No. American, et al

Defts ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 03cv165 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | B. Gardner  J. Monahan | M. Gambardella |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/14/05 - | Falcone, Ecco | P. Villano |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 10/20/05 | | | Scott D. Roe, Glastonbury, CT |
| | ✓ | 10/20/05 | | | Jeffrey Alexander, Hebron, CT |
| | ✓ | 10/20/05 | | | Dr. Harry Adamakos, Bridgeport, CT |

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Oct 21, 2005
Kevin F. Rowe, Clerk
By P. C. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages