UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Oct 21, 2005
Kevin F. Bowe, Clerk
By P. A. Villano
Deputy Clerk

LEIGH BOLICK

VS.

ALEA NORTH AMERICAN CO., ET ALS

CIVIL 3:03 cv 165 (PCD)

## DEFENDANTS' EXHIBITS

**EXHIBIT NO.**

A   Offer letter to Sandra Duncan, dated 1/17/02 - FULL - 10/19/05

B   Offer letter to Jeffrey Alexander, dated 2/22/02 - FULL - 10/19/05

C   Offer letter to Scott D. Roe, dated 1/28/02 - FULL - 10/19/05

D   Resume of Sandra Duncan - FULL - 10/19/05

E   Resume of Scott Roe - FULL - 10/19/05

F   Resume of Jeffrey Alexander - FULL - 10/19/05

G   Employment Application of Sandra Duncan

H   Employment Application of Scott Roe

I   Employment Application of Jeffrey Alexander

J   Offer Letter to Leigh Bolick dated 9/19/00 with attachment

K   Resume of Leigh Bolick submitted to ANAC - FULL - 10/17/05

L   Letter to Plaintiff reflecting raise in April of 2003

M   Notice of Promotion in 2002

N   E-mail communications between Byler and Bolick regarding April 2002 "captive" Conference

O Byler notes regarding retaliation complaint

P Interoffice Memo dated 6/21/02 from Leonard Goldberg to Leigh Bolick

Q Lametta handwritten and typewritten notes of investigation regarding retaliation complaint against Byler

R E-mail communications dating between 6/10/02 & 7/16/02 between Bolick, Lametta, and Goldberg regarding retaliation complaint against Byler - FULL - 10/17/05

S Goldberg Investigation notes regarding Bolick's retaliation complaint against Byler

T Resume/Curriculum Vitae of Dr. Harry Adamakos - FULL - 10/20/05

U1 Report of Dr. Harry Adamakos and documents on which he relied - FULL - 10/20/05

U2 Notes of Dr. Steven A. Kagel, Ph.D.

U3 Deposition of Dr. Steven Kagel, Ph.D.

U4 MCMI-III Millon Clinical Multi axial Inventory-III Interpretive Report - FULL - 10/20/05

U5 Personal Injury Interpretive Report MMPI-2 - FULL - 10/20/05

U6 Extended Score Report MMPI-2 Minnesota Multi phasic Personality Inventory-2 - FULL - 10/20/05

U7 Handwritten notes of Harry Adamakos, Ph.D.

U8 Notes of Sarah Gamble, Ph.D.

U9 10/20/03 Report of Al Herzog, M.D.

V Judgment of Divorce between Thomas Bolick and Leigh Bolick

W Petition for Divorce between Thomas Bolick and Leigh Bolick

X Cody Saiz - choice of custodial parent in 1997 - FULL - 10/17/05

Y Non-duplicative exhibits to Bolick Deposition - FULL - 10/17/05