AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CT__

Leigh Bolick
v.
Alea No. American, et al

Court's EXHIBIT AND ~~WITNESS~~ LIST

CASE NUMBER: 03cv165 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | B. Gardner / J. Monahan | M. Gambardella |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/14/05 | Falcone, Ecro | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/21/05 | | | Instructions to Jury |
| 2 | | 10/21/05 | | | Note from Jury |

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
Oct 21,           2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages