## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LEIGH BOLICK

    v.	Civil No. 3:03 cv 165 (PCD)

ALEA GROUP HOLDINGS. LTD.,
ALEA NORTH AMERICA COMPANY,
JOHN J. BENNETT, AND ROBERT D. BYLER

## **J U D G M E N T**

    This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge. On October 21, 2005, after deliberation, the jury returned a verdict for the defendants, Alea North America Company and John J. Bennett. On March 30, 2005, a Ruling entered dismissing the defendant, Alea Group Holdings, Ltd., and on October 14, 2005, a Ruling was put on the record in open court dismissing defendant, Robert D. Byler.

    Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

    Dated at New Haven, Connecticut, this 25th day of October, 2005.

                                            KEVIN F. ROWE, Clerk
                                            By
                                                 /s/

                                            Patricia A. Villano
                                            Deputy Clerk

EOD: _____