UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEIGH BOLICK, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03CV165(PCD) |
| | : | |
| vs. | : | |
| | : | |
| ALEA NORTH AMERICA COMPANY, | : | |
| AND JOHN J. BENNETT | : | |
|     Defendants | : | November 21, 2005 |

### NOTICE OF APPEAL

    Notice is hereby given that the plaintiff, Leigh Bolick, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on October 25, 2005.

THE PLAINTIFF, LEIGH BOLICK

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com