FILED
2006 MAR 16 A 9:32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEIGH BOLICK,
Plaintiff

vs.

ALEA GROUP HOLDINGS, LTD.,
ALEA NORTH AMERICA COMPANY,
JOHN J. BENNETT, AND
ROBERT D. BYLER,
Defendants

CIVIL ACTION NO.
3:03CV165(PCD)

March 15, 2006

## INDEX TO RECORD ON APPEAL

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Amended Complaint (Doc.#29) | 2 |
| Answer and Defenses by Alea(Doc.#30) | 3 |
| Answer and Defenses by Bennett (Doc. #39) | 4 |
| Motion for Summary Judgment by Alea (Doc.#96) | 5 |
| Statement of Material Facts by Alea (Doc. #97) | 6 |
| Affidavit re Motion for Summary Judgment (Doc. #98) | 7 |
| Memorandum in Support re Motion for Summary Judgment (Doc.#99) | 8 |
| Designation of Exhibits re Memorandum in Supprt (Doc.#101 | 9 |
| Memorandum in Opposition by Bolick (Doc.#103) | 10 |
| Statement of Material Facts by Bolick (Doc.#104) | 11 |
| Affidavit re Memorandum in Opposition (Doc.#105) | 12 |
| Affidavit of Bolick re Memorandum in Opposition (Doc.#106) | 13 |
| Reply to Response to Motion for Summary Judgment by Alea(Doc.#107) | 14 |
| Motion for Summary Judgment by Bennett (Doc.#109) | 15 |

| | |
|---|---|
| Statement of Material Facts by Bennett (Doc.#110) | 16 |
| Affidavit re Motion for Summary Judgment (Doc.#111) | 17 |
| Memorandum in Support re Motion for Summary Judgment (Doc.#112) | 18 |
| Memorandum in Opposition by Bolick (Doc.#113) | 19 |
| Statement of Material Facts by Bolick (Doc.#114) | 20 |
| Affidavit re Motion for Summary Judgment by Bolick (Doc.#115) | 21 |
| Affidavit re Motion for Summary Judgment by Gardner (Doc.#116) | 22 |
| Reply to Response to Motion for Summary Judgment by Bennett (Doc.#117) | 23 |
| Affidavit re Motion for Summary Judgment by Minniti (Doc.#118) | 24 |
| Motion for Leave to File Supplement by Alea(Doc.#121) | 25 |
| Reply to Supplement by Bolick (Doc.#122) | 26 |
| Ruling on Summary Judgment (Doc.#126) | 27 |
| Motion for Reconsideration (Doc.#127) | 28 |
| Memorandum in Support by Bolick (Doc.#128) | 29 |
| Objection re Motion for Reconsideration by Alea | 30 |
| Proposed Jury Instructions by Alea (Doc.#142 | 31 |
| Notice of Compliance, Pretrial Order by Alea and Bennett(Doc.#146) | 32 |
| Proposed Jury Instructions by Bolick (Doc.#148) | 33 |
| Compliance with Pretrial Order by Bolick (Doc.#150) | 34 |
| Ruling on Motion for Reconsideration (Doc.#175) | 35 |
| Motion for Separate Hearing by Alea (Doc.#185) | 36 |
| Motion in Limine re evidence of Dismissed Claims by Alea and Bennett (Doc.#183) | 37 |

Ruling Granting Separate Hearing(Doc.#199)                                38

Memorandum in Opposition to Motion in Limine by Bolick(Doc.#186)          39

Court's Exhibit List (Doc.#206)                                           40

Judgment in Favor of Defendants against Plaintiff(Doc.#207)               41

Notice of Appeal(Doc.#208)                                                42