# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

March 23, 2006

Jonathan Plissner, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2165

    Re: Case Name: Leigh Bolick vs. Alea North American Co.
        Number: 3:03 cv 165 (PCD)

Dear Attorney Plissner:

Pursuant to our telephone conversation of this morning, enclosed are the following exhibits :

    Defendants' Exhibits: A thru F, K, R, T, U1, U4, U5, U6, X, Y and copy of Plaintiff's 33

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY: *Patricia A. Villano*
        Patricia A. Villano
        Deputy Clerk

ACKNOWLEDGMENT: _____
DATE: 3/28