## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

**Leigh Bolick**

        Plaintiff

vs.

**Alea Group Holdings, Ltd., et al.,**

        Defendants

:

:

:

:

2006 APR 28  A 11: 53

CIVIL ACTION No.
3:03-CV-165 (PCD)

April 26, 2006

### MOTION TO WITHDRAW APPEARANCE

Pursuant to local Rule 7 (e) the undersigned respectfully moves to withdraw the appearance which she entered in October of 2005 on behalf of the Plaintiff, Leigh Bolick.

Attorney Barbara Gardner has an appearance entered on behalf of Plaintiff and continues to represent Plaintiff in this matter. Accordingly the undersigned requests that her Motion to withdraw be granted.

As required by the Local Rule a copy of this Motion has been sent to Plaintiff Leigh Bolick by sending it to her attorney, Ms. Gardner, who agreed to receive this motion on her behalf. The Motion was transmitted by certified mail, as required.

By

        Jane B. Monahan
        195 Farmington Avenue,
        Suite 204
        Farmington, CT 06032
        (860) 677-5200
        Federal Bar No. ct 05182

## CERTIFICATION

This is to certify that a copy was mailed this date, via certified mail to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
        and
Mary A. Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

By _____
        Jane B. Monahan