FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 SEP 19 P 1: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| LEIGH BOLICK,<br>      Plaintiff | : | CIVIL ACTION NO.<br>3:03CV165(PCD) |
| vs. | : | |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA COMPANY,<br>JOHN J. BENNETT, AND<br>ROBERT D. BYLER,<br>      Defendants | : | September 18, 2006 |

## SUPPLEMENTAL INDEX TO RECORD ON APPEAL

| | |
|---|---|
| Transcript of Proceedings held on 10/14/05 (Doc.#209) | 43 |
| Transcript of Proceedings held on 10/17/05 (Doc.#210) | 44 |
| Transcript of Proceedings held on 10/18/05 (Doc.#211) | 45 |
| Transcript of Proceedings held on 10/19/05 (Doc.#212) | 46 |
| Transcript of Proceedings held on 10/20/05 (Doc.#213) | 47 |
| Transcript of Proceedings held on 10/21/05 (Doc.#214) | 48 |