IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK, Plaintiff, | )<br>)<br>) |
| V. | ) CIVIL ACTION NO. 3:03cv 165 (PCD)<br>)<br>) |
| ALEA GROUP HOLDINGS, LTD.,<br>ALEA NORTH AMERICA<br>COMPANY AND JOHN J. BENNETT<br>Defendants. | )<br>)<br>)<br>)<br>) |
| | ) OCTOBER 16, 2006 |

### DEFENDANTS' BILL OF COSTS

Judgment having been entered in the above entitled action on October 24, 2006, and affirmed by the United States Court of Appeals for the Second Circuit on October 2, 2006, against Plaintiff Leigh Bolick, Defendants Alea Group Holdings, Ltd., Alea North America Company, and John J. Bennett, respectfully request the Clerk to tax the following costs incurred in the District Court action pursuant to 28 U.S.C. § 1920:

| Description of Taxable Costs | Amount |
|---|---|
| Court Reporter fees for deposition transcripts | $ 9486.25 |
| Court Reporter fees for trial transcripts | $ 1207.97 |
| Fees paid to Plaintiff's expert witnesses | $ 3982.50 |
| Fees paid to Defendant's expert witness | $80 statutory fees |
| | Total $ 14756.72 |

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants Alea Group Holdings, Ltd., Alea North America Company, and John J. Bennett

By: _____
Mary A. Gambardella, Esq
Federal Bar No. ct 05386
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

NY:1379792v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Bill of Costs was sent via U.S. Mail, postage prepaid, this 16th day of October, 2006 to:

Barbara A. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

_____
Jonathan M. Plissner