IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEIGH BOLICK,  )<br>        Plaintiff,  )<br> )<br>V.  )<br> )<br> )<br>ALEA GROUP HOLDINGS, LTD.,  )<br>ALEA NORTH AMERICA  )<br>COMPANY AND JOHN J. BENNETT  )<br>        Defendants.  )<br> ) | CIVIL ACTION NO. 3:03cv 165 (PCD)<br><br>OCTOBER 16, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Alea Group Holdings, Ltd., Alea North America Co. and John Bennett, have manually filed the following documents:

    **EXHIBIT 1**: Ruling on Defendants' Motions for Summary Judgment
    **EXHIBIT 2**: Judgment – U.S. District Court
    **EXHIBIT 3**: Summary Order - U.S. Court of Appeals, Second Circuit
    **EXHIBIT 4**: Invoices from Sanders, Gale & Russell, Inc., Court Reporters
    **EXHIBIT 5**: Invoices from Bowles Reporting Services, Federal Court Reporting
    **EXHIBIT 6**: Invoices for Plaintiffs' Expert Witness Deposition Fees

**EXHIBITS ATTACHED TO DECLARATION IN SUPPORT OF DEFENDANTS ALEA NORTH AMERICA COMPANY AND JOHN J. BENNETT'S BILL OF COSTS**

These documents have not been filed electronically because

[   ]    the document or thing cannot be converted to an electronic format
[ X ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

NY:1383959v1

The documents have been manually served on all parties.

>Respectfully submitted,
>
>_____
>Mary A. Gambardella
>Fed. Bar #ct05386
>Epstein Becker & Green, P.C.
>One Landmark Square, Suite 1800
>Stamford, CT 06901-2601
>(203) 348-3737
>Fax: 203-324-9291
>E-mail MGambard@ebglaw.com

NY:1383959v1

## CERTIFICATION

    The undersigned hereby certifies that a copy of the foregoing Notice of Manual Filing was mailed via regular mail, postage prepaid, to all counsel of record on the 16th day of October, 2004 as follows.

        Barbara Gardner, Esq.
        843 Main Street
        Suite 1-4
        Manchester, CT  06040

                                    _____
                                          Mary A. Gambardella