

nhct
03-cv-165
Dorsey

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of October, two thousand six.

PRESENT:   HON. THOMAS J. MESKILL,
           HON. BARRINGTON D. PARKER,
           HON. REENA RAGGI,

*Circuit Judges.*

---

Leigh Bolick,

        *Plaintiff-Appellant,*

    v.

Alea Group Holdings, Ltd., Alea North America Company and John J. Bennett,

        *Defendants-Appellees,*

Robert D. Byler,

        *Defendant,*

Thomas Bolick,

        *Movant.*

**SUMMARY ORDER**
**No.   05-6348-cv**

*[Stamp: UNITED STATES COURT OF APPEALS — FILED OCT 0 2 2006 — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT]*

---

For Plaintiff-Appellant:   Barbara E. Gardner; Manchester, CT.

For Defendants-Appellees:   Mary A. Gambardella, Jonathan M. Plissner; Epstein Becker & Green P.C., Stamford, CT.

**UPON DUE CONSIDERATION of this appeal, it is hereby ORDERED,**

1

*[Stamp: A TRUE COPY — Roseann B. MacKechnie, CLERK — DEPUTY CLERK]*

Issued as Mandate: 10/26/06