UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ORIGINAL

*UNITED STATES COURT OF APPEALS*
**FILED**
**NOV 0 8 2006**
*Thomas Asreen, Acting Clerk*
**SECOND CIRCUIT**

Roseann B. MacKechnie
CLERK

| | |
|---|---|
| Date: | 10/3/06 |
| Docket Number: | 05-6348-cv |
| Short Title: | Bolick v. Alea Group Holdings |
| DC Docket Number: | 03-cv-165 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Peter Dorsey |

### ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for <u>Alea North America Company and John Bennett</u> respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the <u>Plaintiff Leigh Bolick </u>and in favor of <u>Alea North America Company</u> for insertion in the mandate.

Docketing Action

**Costs of printing appendix (necessary copies     14     )     $2666.17** ($2291.70 reproduction, $135 covers, $240 table content)

**Costs of printing brief     (necessary copies     14     )     $ 1235.00** ($315 reproduction, $160 covers, $160 binding, $600 table authorities)

<u>**Total $3901.17**</u>

I swear under penalty of perjury that the foregoing itemized bill of costs is a true and correct calculation of the allowable costs on this appeal and is based upon the printer's bills attached hereto, which are true and correct statements of the printer's charges which have been paid by the appellee.

Jonathan M. Plissner
Federal Bar No. ct 23772
Epstein, Becker, & Green, P.C.
One Landmark Square Suite 1800
Stamford, CT 06901-2601
(Attorneys for the Defendants/Appellees)

*reduced per Fed. R. App. P. 39
and 2dCir L. R. 39*

Dated: October 16, 2006

STATEMENT OF COSTS
Taxed in the amount of $ 2,900.80 in favor of
*Appellee*

FOR THE COURT:
THOMAS ASREEN, Acting Clerk

11/8/06
Date

Tracy W. Young, Motions Staff Attorney

NY:1380333v1

# APPEALTECH⦿

SERVING LEGAL PROFESSIONALS
BLENDING TRADITION WITH TECHNOLOGY

# BILL OF COSTS

Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901

Re: *Bolick v. Alea Group Holding, et al.*

| **Supplemental Appendix** | *14 Copies* | | |
|---|---|---|---|
| Reproduction | 461 Pages | @   4.97 | $2,291.17 |
| Covers | 1 Vol. | 135.00 | 135.00 |
| Table of Contents | 2 Pages | 120.00 | 240.00 |

| **Brief for Defendants-Appellant** | *14 Copies* | | |
|---|---|---|---|
| Reproduction | 75 Pages | @    .30 | $  315.00 |
| Covers | 1 Vol. | @160.00 | $  160.00 |
| Perfect Binding | 1 Vol. | @160.00 | $  160.00 |
| Table of Authorities | 4 Pages | @150.00 | $  600.00 |

| | | |
|---|---|---|
| Subtotal Taxable | | $3,901.17 |
| Sales Tax (Out of State) | | N/A |
| Total | | $3,901.17 |

APPEALTECH · 205 LEXINGTON AVENUE · 10TH FLOOR · NEW YORK, NEW YORK 10016
TEL. 212-213-3222 · FAX 212-213-9702 · e-mail: mail@appealtech.com
www.appealtech.com

<u>Certificate of Service</u>

I hereby certify that on the 16th of October, 2006, a true and correct copy of the foregoing bill of costs was served by U.S. Mail on:

Barbara A. Gardner
843 Main Street, Suite 1-4
Manchester, CT 06040
Attorney for Plaintiff

_____
Jonathan M. Plissner