# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

ONE LANDMARK SQUARE
SUITE 1800
STAMFORD, CT 06901-2681
203.348.3737
FAX: 203.324.9291
EBGLAW.COM

MARY A. GAMBARDELLA, ESQ.
TEL: 203.326.7426
FAX: 203.324.9291
MGAMBARDELLA@EBGLAW.COM

January 2, 2007

**VIA FEDERAL EXPRESS**
United States District Court
Clerks' Office
141 Church Street
New Haven, CT 06510
Attn: Laura Inferrera

Re: Bolick v. Alea Group Holdings, Ltd., et al. - requested information re: Defendants' Bill of Costs - 3:03 CV 165 (PCD)

Dear Ms. Inferrera,

In conjunction with Defendants' Bill of Costs in the above-mentioned matter, on or about 12/20/2006, you requested from Defendants the break down of the charge per page and the number of pages for the deposition transcripts handled in the case by Allan Reporting Services. We contacted Allan Reporting Services and they have provided the requested information on the attached invoices.

If you have any further questions do not hesitate to call me.

Very truly yours,

Mary A. Gambardella, Esq.

MAG:asf
Enclosure

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:1540102v1    EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

# ARS
## Allan Reporting Service
40 Long View Drive
Simsbury, CT 06070
860-658-0500
January 2, 2007

John Plissner, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901

Dear Attorney Plissner:

As per our telephone conversation, I am sending copies of the seven depositions about which you inquired. I have noted on each invoice the number of pages and the cost per page as you requested.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

*Gail P. Langenus*

Gail P. Langenus
Bookkeeper



# Invoice

49 Long View Drive
Simsbury, CT
06070

| Date | Invoice # |
|---|---|
| 4/7/2004 | ADA4047 |



**Bill To**

Mary Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901-2601

**Re:** Civil Action #3:03CV165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 3/8/2004 | Transcript of the Deposition of Harry Adamakos, PhD | 400.20 T |
|  | Shipping & Handling (Not Taxed Below) | 5.00 |

*138 pages @ $2.90 pp (additional copy) = $400.20*
*gpe*

Thank you for your business.

| | |
|---|---|
| Subtotal | $405.20 |
| Sales Tax (6.0%) | $24.01 |
| Total | $429.21 |
| Amount Due | $0.00 |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |



# Invoice

49 Long View Drive
Simsbury, CT
06070


PAID

| Date | Invoice # |
|---|---|
| 11/28/2003 | BYL3210 |

**Bill To**

Mary Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901-2601

**Re:** Civil Action #3:03CV165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 10/23/2003 | Transcript of the Deposition of Robert D. Byler | 775.20 T |
|  | Shipping & Handling (Not Taxed Below) | 6.00 |

*228 pages @ $3.40 pp = $775.20*

Thank you for your business.

| | |
|---|---|
| Subtotal | $781.20 |
| Sales Tax (6.0%) | $46.51 |
| Total | $827.71 |
| **Amount Due** | $0.00 |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |



# Invoice

49 Long View Drive
Simsbury, CT
06070

| Date | Invoice # |
|---|---|
| 12/1/2003 | GOL3217 |

**PAID**

**Bill To**

Mary Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901-2601

**Re:** Civil Action #3:03CV165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 10/29/2003 | Transcript of the Deposition of Leonard Goldberg | 205.90 T |

*71 pages @ $2.90 pp = $205.90*

Thank you for your business.

| | |
|---|---|
| Subtotal | $205.90 |
| Sales Tax (6.0%) | $12.35 |
| Total | $218.25 |
| **Amount Due** | $0.00 |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |





# Invoice

49 Long View Drive
Simsbury, CT
06070

| Date | Invoice # |
|---|---|
| 12/8/2003 | BEN3230 |

**Bill To**

Barry L. Asen, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901-2601

**Re:** Civil Action # 3:03CV165(PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 10/30/2003 | Transcript of the Deposition of John J. Bennett | 287.10 T |
|  | Shipping & Handling (Not Taxed Below) | 10.00 |

*99 pages @ $2.90 pp = $287.10*
*gpl*

Thank you for your business.

| | |
|---|---|
| Subtotal | $297.10 |
| Sales Tax (6.0%) | $17.23 |
| Total | $314.33 |
| **Amount Due** | **$0.00** |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |



49 Long View Drive
Simsbury, CT
06070

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2003 | BOL3219 |



PAID

**Bill To**

Mary Gambardella, Esq.
Epstein, Becker & Green
One Landmark Square
Stamford, CT 06901-2601

**Re:** Civil Action #3:03CV165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 10/29/2003 | Transcript of the Deposition of Thomas Bolick | 558.80 T |
|  | Appearance Fee | 40.00 T |
|  | Shipping & Handling (Not Taxed Below) | 15.00 |

*127 pages @ $4.40 pp = $558.80*

*gpl*

Thank you for your business.

| | |
|---|---|
| Subtotal | $613.80 |
| Sales Tax (6.0%) | $35.93 |
| Total | $649.73 |
| Amount Due | $0.00 |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |



# Invoice

49 Long View Drive
Simsbury, CT
06070

| Date | Invoice # |
|---|---|
| 8/16/2003 | LAM3149 |

**PAID**

**Bill To**

Saundra M. Yaklin Esq.
Reedsmith, LLP
599 Lexington Avenue - 29th Floor
New York, NY 10022

**Re:** Civil Action #3:03Cv165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 7/31/2003 | Transcript of the Deposition of Martha F. Lametta | 362.40 T |
| | Shipping & Handling (Not Taxed Below) | 6.00 |

*151 pages @ $2.40 = $362.40*
*gpl*

Thank you for your business.

| | |
|---|---|
| Subtotal | $368.40 |
| Sales Tax (6.0%) | $21.74 |
| Total | $390.14 |
| Amount Due | $0.00 |

Please make check payable to: Barbara Letson
Tax ID No. 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

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |



# Invoice

49 Long View Drive
Simsbury, CT
06070

| Date | Invoice # |
|---|---|
| 12/8/2003 | BEN3229 |

**PAID**

**Bill To**

Saundra M. Yaklin Esq.
Reedsmith, LLP
599 Lexington Avenue - 29th Floor
New York, NY 10022

**Re:** Civil Action #3:03Cv165 (PCD)
Bolick v. Alea Group Holdings, LTD. Et Al

| Date of Service | Description | Amount |
|---|---|---|
| 10/30/2003 | Transcript of the Deposition of John J. Bennett | 287.10 T |
|  | ASCII | 25.00 T |
|  | Shipping & Handling (Not Taxed Below) | 10.00 |

99 @ $2.90 pp = $287.10
gpl

Thank you for your business.

| | |
|---|---|
| Subtotal | $322.10 |
| Sales Tax (6.0%) | $18.73 |
| Total | $340.83 |
| **Amount Due** | $0.00 |

**Please make check payable to: Barbara Letson**
**Tax ID No. 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**

| Phone # | Fax # |
|---|---|
| (860) 658-0500 | (860) 658-1199 |